Diane Killian Allan
1152 W 475 S
Farmington, Utah
Email: diane@movinutah.com

FILED IN UNITED STATES DISTRICT
COURT, DISTRICT OF UTAH

SEP 09 2022

GARY P. SERDAR
CLERK OF COURT
BY_____
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF UTAH

| | |
|---|---|
| Diane Killian Allan,<br><br>*Plaintiff,*<br><br>v.<br><br>Dane Hanson, Eric Johnsen, Wayne Hansen, David Cole, Troy Rawlings, John Carl Ynchausti, FARMINGTON CITY, a Corporation, Davis County Attorney's office, a Corporation and DAVIS COUNTY JUSTICE COURT, a Corporation dba DAVIS COUNTY DRUG COURT, INC. | **AFFIDAVIT IN SUPPORT OF PETITION AND REQUEST FOR <u>EMERGENCY</u> INJUNCTIVE RELIEF**<br><br>Case: 1:22-cv-00117<br>Assigned To : Romero, Cecilia M.<br>Assign. Date : 09/09/2022<br>Description: Allan v Hanson et al |

I, Diane Killian Allan, am the named Plaintiff above and state and swear before God, under penalty of perjury, under the laws of the United States, that the following is true and correct to the best of my knowledge:

1. I am over the age of 18 and am competent to testify before this court.

2. I am the Plaintiff in the above-entitled action and I am familiar with the files, records and pleadings in this matter.

3. The facts set forth in this petition are true and correct to the best of my knowledge.

RESPECTFULLY SUBMITTED THIS 9 day of September, 2022.

By: *Diane Killian-Allan*
Diane Killian Allan

Sworn to and subscribed before me this 9 day of SEPTEMBER, 2022.

_____
Notary Public

PARKER J ZOLLINGER
NOTARY PUBLIC • STATE OF UTAH
COMMISSION NO. 713290
COMM. EXP. 07/31/2024

My Commission Expires: 07/31/2024