# FARMINGTON CITY

Brett Anderson
*Mayor*

Roger Child
Scott Isaacson
Melissa Layton
Alex Leeman
Amy Shumway
*City Council*

Shane Pace
*City Manager*

July 6, 2022

Diane Allen
11525 W 475 S
Farmington, UT 84025

Case: 1:22-cv-00117
Assigned To : Romero, Cecilia M.
Assign. Date : 09/09/2022
Description: Allan v Hanson et al

Re: *GRAMA Request re: Validation of Citations*

Dear Ms. Allan:

I write in response to your June 7, 2022 GRAMA request, which Farmington City received on June 7th 2022, for:

1. records relating to identifying you as a person;
2. records identifying you as a dead entity or slave;
3. records identifying you as an employee;
4. records identifying you as a resident;
5. records identifying you as required to register an automobile;
6. records requiring that a 2014 BMW is required to be registered;
7. records that you were operating the vehicle for hire, etc;
8. records related to Farmington having jurisdiction over you;
9. records that you are the owner of the 2014 BMW;
10. records that your 2014 BMW is a vehicle;
11. records relating to enforcement actions involving you or your BMW;
12. records relied on that show the failure to register the vehicle was applicable to you or your BMW;
13. records regarding any contracts, obligations by you to Farmington City;
14. records relating to Officers Hansen and Johnsen and their legal standing to file a citation in the Davis County Justice Court;
15. records that show legal authority to issue "Summary Offenses" against you;
16. records that show you are a resident of the City of Farmington, etc.;
17. records evidencing ownership interests in your 2014 BMW;
18. records regarding the compensation of Officers Hansen and Johnsen;
19. records of job descriptions for Officers Hansen & Johnsen; and
20. records related to bonds secured by Farmington City to cover damages in their official roles.

After conducting a thorough search, Farmington City has identified documents responsive to your request, those documents are provided. Any of your requests that did not have any responsive documents are noted below.