

# FARMINGTON CITY

**BRETT ANDERSON**
*MAYOR*

ROGER CHILD
SCOTT ISAACSON
MELISSA LAYTON
ALEX LEEMAN
AMY SHUMWAY
*CITY COUNCIL*

SHANE PACE
*CITY MANAGER*

August 15, 2022

Diane Allen
1152 W 475 S
Farmington, UT 84025
801-390-0970
Diane.allen.ut@gmail.com

Case: 1:22-cv-00117
Assigned To : Romero, Cecilia M.
Assign. Date : 09/09/2022
Description: Allan v Hanson et al

*Re: GRAMA Request for Authorization from DOT Documents*

Dear Ms. Allen:

I write in response to your August 13, 2022 GRAMA request, which Farmington City received on August 15, 2022, for "the authorization that Farmington City Police and Officers, Eric Johnsen and Dane Hansen have authorization from the Department of Transportation to enforce the safety code. Please provide the memoranda of understanding signed by the Farmington City Police that Eric Johnsen and Dane Hansen have authority to enforce transportation codes for 1/1/2017 – 8/10/2022."

After conducting a thorough search, Farmington City has not identified any documents meeting your description of records in your request.

Sincerely,

*DeAnn Carlile*

DeAnn Carlile
Farmington City Recorder