Diane: Killian-Allan
c/o RR 1152 W 475 S
Farmington, Utah State Republic, w/o the United states

# Affidavit Of Status

I, Diane: Killian-Allan, a woman, am over the age of consent, am a creation of God-Almighty and a follower of God's laws first and foremost, and the laws of man when they are not in conflict (Leviticus 18:3,4). Pursuant to Matthew 5:33-37 and James 5:12, let my yea be yea, and my nay be nay, as supported by Federal Public Law 97-280, 96 Stat. 1211 - "Where
as the Bible, the Word of God, has made a unique contribution in shaping the United States as a distinctive and blessed nation and people" and "Whereas Biblical teachings inspired concepts of civil government that are contained in our Declaration of Independence and the Constitution of the United States" and "Whereas the Bible is "the rock on which our Republic rests".

I have personal knowledge of the matters stated herein and hereby asseverate, understanding both the spiritual and legal liabilities of, "Thou shalt not bear false witness against they neighbor"

Being a woman of God, a living soul, of flesh and blood, of sound mind, intelligent and of competent nature, the creditor, beneficiary and holder in due course of the trust. I am, a member and proud descendant of "We the People" as creator and arbitrator of government. I am NOT one artificially created by government such as "Citizen", "Person", "Resident" or "Taxpayer", et.al.

That Affiant, is not a corporation created under the laws of the United States or any state, the District of Columbia, or any territory, commonwealth, or possession of the United States or a foreign state or country public or private.

That affiants status is supported in the Declaration of the united States of America July 4, 1776. WHEN in the Course of human Events, it becomes necessary for one People to dissolve the Political Banks which have connected them with another, and to assume among the Powers of the Earth, the separate and equal Station to which the Laws of Nature and of Nature's God entitle them, a decent Respect to the Opinions of Mankind requires that they should declare the causes which impel them to the Separation.

WE hold these Truths to be self-evident, that all Men are created equal, that they are endowed by their Creator with certain unalienable Rights, that among these are Life, Liberty, and the Pursuit of Happiness - - That to secure these Rights, Governments are instituted among Men deriving their just Powers from the Consent of the Governed, that whenever any Form of Government becomes destructive to these Ends, it is the Right of the People to alter or abolish it, and to institute new Government, laying it's Foundation on such Principles, and organizing it's Powers in such Form, as to them shall seem most likely to effect their Safety and Happiness.

That affiants status is support in Title 8 USC § 1101 a 21& 23.

**(21)** The term "national" means a person owing permanent allegiance to a state.

**(23)** The term "naturalization" means the conferring of nationality of a state upon a person after birth, by any means whatsoever.

Exhibit 3

Case: 1:22-cv-00117
Assigned To : Romero, Cecilia M.
Assign. Date : 09/09/2022
Description: Allan v Hanson et al

That Affiant, is not an officer, agent, shareholder, franchisee, or fiduciary agent, resident inhabitant, or domiciled in any corporation.

That Affiant, is not: A vessel documented under Chapter 121 of Title 46 USC or a vessel numbered as provided in Chapter 123 of that Title.

That Affiant, Is not an enemy of the United States or any corporation created under the laws of the United States or any state, the District of Columbia, or any territory, commonwealth, or possession of the United States, or a foreign state or country public or private.

Any presumption that Affiant is any of the above or documentation implying any of the above, is not the act or intention of this Affiant and any such presumption or documentation is fraudulent, illusionary, false representation of a matter of fact or a kind of artifice employed by one person to deceive another for self-serving purposes.

That Affiant, is neither affiliated with or an enemy of any public or private corporation domestic or foreign, but is a neutral body.

That Affiant's, name and the location of, are particularly unique to this Affiant, although not affiliated with the corporate body politic near the same location and it suffices as complete, necessary and sufficient identification and evidencing Affiants neutral standing (15 USC 1681h).

In these United States of America, the authority of any and all governments resides in the People of the land, for government is a fiction of the mind and can only be created by the People, affected by the People, overseen by the People, for the benefit of the People, and to secure the individual God-given rights of the People.

I reserve, claim all, and waive none of my God-given, secured and guaranteed Rights, pursuant to the Declaration of Independence and the Constitution for the United States of America as ratified in 1791 with the Articles of the Amendments.

Pursuant to the Constitution for the United States of America as ratified in 1791 with the Articles of the Amendments, Article VI paragraph 2, "This Constitution and the Laws of the United States which shall be made in Pursuance thereof; and all Treaties made, under the authority of the United State, shall be the supreme Law of the Land; and the Judges in every State shall be bound thereby, any Thing in the Constitution or Laws of any State to the Contrary notwithstanding".

As a matter of their lawful compliance to the referenced Constitution, any of the People, while functioning in any Public capacity, in return for the trust of the People, are granted limited delegated authority by the People, with specific duties delineated in accordance thereof, shall only do so pursuant to a lawfully designated, sworn and subscribed Oath of Office and any and all bonds required thereof.

7. The only court authorized by the referenced Constitution to hear matters of the People is a court that conforms to and functions in accordance with Article III Section 2 of the referenced Constitution in which all Officers of the court abide by their sworn and subscribed oaths of office and support and defend the Rights of the People, and are heard only in "Trial by jury", in accordance with all aspects of due process of law.

8. Pursuant to the supreme Law of the Land and the God-given Rights secured and guaranteed therein, this Constitution is established to ensure the dominion granted by God to all People, on this land, shall endure, and ensure forever that the People on this land be free from any and all slavery, indenturement, tyranny, and oppression under the color of any law, statute, code, policy, procedure, rule, regulation or of any other type.

Pursuant to this Constitution, I cannot be compelled, manipulated, extorted, tricked, threatened, placed under duress, or coerced or so affected, under the color of law by any Natural Person, who individually, or in any capacity as, or under, any Artificial Person, agency, entity, officer, or party, into waiving any of my Rights or to act in contradiction thereof, or to act in opposite of the moral conscience and dominion granted to me by God, nor can I be deprived of any of these Rights, privileges, and immunities except by lawful process in accordance with the Law, without that Natural and/or Artificial Person, in whatever capacity. Anyone using any process, not in accordance with the Constitution, causing injury to me, thereby commits numerous crimes, requiring lawful punishment therefrom.

"I set out on this ground which I suppose to be self evident, 'that the earth belongs in usufruct to the living,' that the dead have neither powers nor rights over it." Thomas Jefferson in letter to James Madison; criticizing the new constitution September 6th 1789 -

At some point in time, one recognizes the fraud. As I the woman, have awakened to the fact that it is I, the living woman, who's blood, sweat and tears, of her labor, that has been fraudulently held as the surety and as the debtor, when in reality it is I, that is truly the holder in due course and the actual creditor.

But Alas! The government corporation deems that the man is "LOST AT SEA" by his very (E)state, while her employees (the Government, Corporations) steal the fruits of his labor.

I know right from wrong. If there is any wo/man damaged by any statements herein, if s/he will inform me by facts I will sincerely make every effort to amend my ways. I hereby and herein reserve the right to amend and make amendments to this document as necessary, in order that the truth may be ascertained and proceedings justly determined. If the parties given notice by means of this document have information that would controvert and overcome this Affidavit, please advise me IN WRITTEN AFFIDAVIT FORM within ten [10] days from receipt hereof, providing me with your counter-affidavit, proving with particularity by stating all requisite actual evidentiary fact and all requisite actual law, and not merely the ultimate facts or conclusions of law, that this Affidavit Statement is substantially and materially false sufficiently to change materially my status and factual declarations. Your silence stands as consent to, and tacit approval of, the factual declarations herein being established as fact as a matter of law. May the will of our Heavenly Father, through the power and authority of the blood of his son, be done on Earth as it is in Heaven.

Reserving ALL my Natural God-Given Unalienable Rights, Waiving None, Ever.

Further, that I do solemnly attest that the foregoing facts contained herein are true, correct and complete to the best of my knowledge and belief, under the penalty of perjury in accordance with the laws of the United States and the law of nations.

FOR CAUSE, STATUS
PER; 28 U.S. Code § 1746 - Unsworn declarations under penalty of perjury

(1) If executed without the United States: "I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this _____9_____ day of the _____Apr. /_____ month, in the year of our lord two thousand and twenty two.

Without prejudice, and without recourse, I, hereby place my Autograph below

by: Diane Killian-Allan - Executor

Notice to agents is notice to principal, Notice to principal is notice to agents. This is The End of this Affidavit

Creator: Diane; . Killian-Allan
% Rural Route 1152 W 475 S
Farmington, Utah zip Exempt
without the United States

Michael D. DiReda
COUNTY OF DAVIS
DBA: DAVIS COUNTY JUSTICE COURT
KEY PRINCIPAL: Bret Milburn
DUNS #: 072979032
800 WEST STATE STREET
FARMINGTON, UT 84025
Registered # RF368325365US

D Hanson, Registered # RF368325374US
Eric Johnsen, Registered # RF368325388US
Wayne Hansen, Registered # RF368325391US
CITY OF FARMINGTON
DBA:FARMINGTON POLICE DEPARTMENT
DUNS #: 051537033
KEY PRINCIPAL: Wayne Hanson
286 S 200 E
160 S MAIN ST
FARMINGTON, UT 84025

Office of the Attorney General
Utah State Capitol Complex
350 North State Street Suite 230
SLC UT 84114-2320
Certified # 70200640000194065651

Notice to principal is notice to Agent, Notice to Agent is Notice to Principal.

# Affidavit of Truth and Fact

Before me, the undersigned authority, personally appeared Diane; .Killian-Allan, who being by me duly sworn, deposed as follows: "Diane; . Killian-Allan, a woman and a creation of God-Almighty, am over the age of consent, am of sound mind, and have personal knowledge of the matters stated herein. I have created this Affidavit to establish the true facts of this matter,

because this matter lacks the standard of regularity. I declare under the penalty of perjury by the laws of the Republic of the United States of America, that I testify here, and will testify in open court, that the facts stated herein are the truth, the whole truth, and nothing but the truth, so help me God."

1. I, Diane; . Killian-Allan, am before this Court by "Special Appearance", without waiving any rights, remedies, or defenses. I am not waiving defects of service, nor am I submitting to jurisdiction of the Court or the alleged Plaintiff/Claimant/Litigant, hereinafter moving party, in this Color of Law action; as there is no evidence of the Court or the alleged moving party, having personal or subject matter jurisdiction in this matter.

   A. COLOR OF LAW. "The appearance or semblance, without the substance, of legal right." Black's Law Dictionary 4th edition

2. I reserve all of my God-given rights, waive no rights, which are secured by the Constitution of Utah and the Constitution for the United States of America 1791, that binds both the Court and the alleged moving party.

   Article 6 clause 2 " This constitution, and the laws of the United States which shall be made in Pursuance thereof; and all Treaties made, or which shall be made, under the Authority of the United States, shall be the Supreme Law of the land; and the judges in every State shall be bound thereby, any Thing in the Constitution or Laws of any State to the Contrary notwithstanding.

3. I am a woman, a living soul - not a legal person, corporation, citizen, subject, resident, vessel, et al. I am at peace. I disclaim being, or having ever been, a fiduciary or a surety for any commercial entity without full, complete, and timely disclosure of all revenant facts. "We the People", as secured parties, are now under hardship by the B.A.R. Associations as to legal disabilities due to discrimination and violation under their color of law. This action under color of law violates United States Codes:

   Title 18 U.S. Code § 241 - Conspiracy against rights,

   Title 18 U.S. Code § 242 - Deprivation of rights under color of law

   Title 18 U.S. Code. § 245 - Federally Protected Activities

   Title 42 U.S. Code § 1983 - Civil action for deprivation of rights

   18 U.S. Code § 912 Officer or employee of the United States

   18 U.S. Code § 913 Impersonator making arrest or search

   18 U.S. Code § 1962 Prohibited Activities

18 U.S. Code § 1348 Securities and commodities fraud

18 U.S. Code § 1001 Statements or Entries Generally

18 U.S. Code § 1341 Frauds and swindles

18 U.S. Code § 872 Extortion by officers or employees of the United States

18 U.S. Code § 878 Threats and extortion against foreign officials, official guests, or internationally protected persons

18 U.S. Code § 112 Protection of foreign officials, official guests, and internationally protected persons

18 U.S. Code § 2261A Stalking

4. On the same day my husband was also stopped and issued a Citation by defacto officers operating under color of law. It appears these officers are intentionally targeting certain People. These actions meet all of the elements of the Racketeer Influenced and Corrupt Organizations Act.

5. Additionally, the violations preformed are defined as abuses, injuries, usurpations and tyranny as found in the Declaration of Independence, an unrebutted Affidavit which stands as law. Specifically the Declaration mentions:

" He has erected a Multitude of new offices, and sent hither Swarms of Officers to harass our People, and eat out their Substance."

"He has combined with others to subject us to a jurisdiction foreign to our Constitution, and unacknowledged by our Laws; giving his Assent to their Acts of pretended legislation:"

6. PERSON. "In law, man and person are not exactly-synonymous terms. Any human being is a man, whether he be a member of society or not, whatever may be the rank he holds, or whatever may be his age, sex, &c. A person is a man considered according to the rank he holds in society, with all the rights to which the place he holds entitles him, and the duties which it imposes. 2. It is also used to denote a corporation which is an artificial person...6. Persons are also divided into citizens and aliens, when viewed with regard to their political rights. When they are considered in relation to their civil rights, they are living or civilly dead; vide Civil Death; outlaws; and infamous persons. " Bouvier Law Dictionary 1856

7. Ejusdem Generis: of the same kind. 2. In the construction of laws, wills and other instruments, when certain things are enumerated, and then a phrase is used which might be construed to include other things, it is generally confined to things ejusdem generas; as, where an act ( 9 Ann. C. 20) provided that a writ of quo warrant might issue against persons who should usurp "then

offices of mayors, bailiffs, port reeves, and other offices, within the cities, towns, corporate boroughs, and places, within Great Britain," &c.; it was held that "other offices" meant offices ejusdem generis; and that the world "places" signified places of the same kind; that is , that the offices must be corporate offices, and the places must be corporate Places. 5 T. R. 375, 379; 5B. & C. 640; 8D. & Ry. 393; 1B. & C. 237.

8. United States Code Definitions :

> Title 18 § 921 (1) the term "person" and the term "whoever" include any individual, corporation, company, association, firm, partnership, society, or joint stock company.

> Title 18 chapter 1 § 9 The term "vessel of the United States", as used in this title, means a vessel belonging in whole or in part to the United States, or any citizen thereof, or any corporation created by or under the laws of the United States, or of any State, Territory, District, or possession thereof.

> Title 49 U.S. Code § 40102 (a) (15) "citizen of the United States" means— (A) an individual who is a citizen of the United States; (B) a partnership each of whose partners is an individual who is a citizen of the United States; or (C) a corporation or association organized under the laws of the United States or a State, the District of Columbia, or a territory or possession of the United States, of which the president and at least two-thirds of the board of directors and other managing officers are citizens of the United States, which is under the actual control of citizens of the United States, and in which at least 75 percent of the voting interest is owned or controlled by persons that are citizens of the United States.

9. The Constitutions do not grant me rights and privileges, they only secure my inherent God-given un-a-lien-able rights, which have been enumerated in the Constitutions, and "excepted out of the general powers of government and shall forever remain inviolate".

> Constitution of Utah Article 1 § 2 All political power is inherent in the people.

> All political power is inherent in the people, and all free governments are founded on their authority for their equal protection and benefit, and they have the right to alter or reform their government as the public welfare may require

10. United States Constitution Amendment 1: Congress shall make no law respecting and establishment of religion, or prohibiting the free exercise thereof; or abridging the freedom of speech, or of the press, or the right of the people peaceably to assemble, and to petition the Government for a redress of grievances.

11. Federal Public Law 97-280 & 96-1211 The King James Bible is law.

12. Ezra Chapter 7 Verse 24 : "Also we certify you , that touching any of the priests and levites, singers, porters, Nethinims, or ministers of this house of God, it shall not be lawful to impose toll, tribute, or customs, upon them.

13. United States Constitution Amendment 9- Other Rights Kept by the People.
The enumeration in the Constitution of certain rights shall not be construed to deny or disparage others retained by the people.

14. My rights do not come from "written instruments" or municipal corporations, which were created by other men with rights equal to mine - but never greater. My rights come from God - my Creator and are un-a-lien-able and indefeasible. Any party claiming otherwise will have to make such a claim in an Affidavit and be prepared to support that Affidavit with testimony under oath and under the penalty of perjury because any such claims that written instruments and municipal corporations grant me rights and privileges, that I already possess upon my creation by the divine spark from God - my Creator.

15. Any claim that any written instrument or municipal corporation grants me rights and privileges, 1) violates my religious freedom protected under the 1st Amendment; 2) constitutes a violation of my privacy and a seizure of my rights which are my property, protected under the 4th Amendment; 3) constitutes deprivation of my life, liberty, and property, without due process of law, protected under the 5th Amendment; 4) violates my right to confront my accuser and a trial by Jury in any criminal matter, protected under the 6th Amendment; 5) violates my right to live by the Common Law, to face my accuser, and a trial by jury in any civil matter, protected under the 7th Amendment; 6) violates my God-give retained right to freely travel, protected under the 9th Amendment; and 7) violates my right to freedom and imposes indenturement and slavery upon me, protected under the 13th Amendment to the united States Constitution for America.

16. Neither the DAVIS COUNTY SHERIFF OFFICE or STATE OF UTAH  - Fiction of Law, not a real entities or the Officer who initiated this matter have standing to proceed with the court system's dispute resolution process; therefore depriving the Court of subject matter jurisdiction. Pursuant to the Constitution for the United States of America, Article IV, Section 1 - The Full Faith and Credit Clause: "In general, the question of standing is distinguishable from that of subject matter jurisdiction. However, when a statute creates a cause of action and designates who may sue, the issue of standing becomes interwoven with that of subject matter jurisdiction", Hill v. Divecchio, 425 Pa.Super. 355, 625 A.2d 642 (1993), alloc, denied, 538 Pa. 613, 645 A.2d 1316 (1994). "Standing then becomes a jurisdictional prerequisite to an action", Id. at 361, 625 A.2d at 645. "It is well-settled that the question of subject matter jurisdiction may be raised at any time, by any party, or by the court sua sponte", Id. at 361 n. 3, 625 A.2d at 645 n. 3. "Prior to judicial resolution of a dispute, an individual must as a threshold matter show that he has standing to bring the action", Bergdoll v. Kane, 557 Pa. 72, 731 A.2d 1261, 1268 (1999). "The traditional concept of standing focuses on the idea that a person who is not adversely impacted by the matter he seeks to challenge does not have standing to proceed with the court system's dispute

resolution process", See William Penn Parking Garage v. City of Pittsburgh, 464 Pa. 168, 346 A.2d

17. In the matter of CITATION # F10026165, On April 7, 2022, I was traveling on the Frontage Rd and saw flashing lights and I thought there was an emergency. The defacto officer D Hanson, unlawfully stopped my automobile by force of arms to threaten, intimidate and force a fraudulent securities contract upon me.

18. D. Hansen requested my driver license and registration. I informed him I was not operating under a license and that I was traveling in private and not operating in commerce. He asked for other documentation and I provided my passport and the C6onstitution.

19. D Hansen called another officer, Eric Johnsen, who joined him at the stop.

20. D Hanson returned to my car window and stated he stopped me for expired registration. I asked D Hansen what his probable cause was for the stop. His reason provided was an expired license plate. I informed him that was not probable cause for a stop and asked again what his probable cause was. I provided him a letter from the Department of Justice with the US Codes Title 18 § 241 & 242 so he could read and be aware he was violating the law before he proceeded. He refused to read it and I informed him verbally of the violation he was committing.

21. I provided him a letter from the Department of Travel to inform him of the The United States of America Department of Travel has advised in a letter dated November 23, 2015 regarding Education of law enforcement agents in which it states that there are unconstitutional acts being committed by law enforcement against those who's status is different than the average U.S. Citizen and are considered American Nationals. I asked him to read it right then, he refused. The letter further provides links in which the links provide education and a manual for training on requirements for interactions with American Nationals, See Exhibit A. You shall provide this information to all officers and education them properly on the rights of the people. Article 4 Section 2 of the Constitution for the United States of America- "The Citizens of each State shall be entitled to all Privileges and Immunities of Citizens in the several States".

22. He proceeded to state his color of law "infractions" and threw the citation in the window of my car and walked away. The citation/summons issued it was not autographed nor accepted by me.

23. I am not under the jurisdiction of the CITY OF FARMINGTON DUNS # 051537033 or COUNTY OF DAVIS DUNS #072979032 the STATE OF UTAH corporation DUNS #: 009094301 nor am I under the jurisdiction of the UNITED STATES INC DUNS #: 052174196 neither am I under the jurisdiction of any other corporation doing business as a any other entity "of".

24. At the time of the stop I was forcibly given a document that appears to be a citation/ summons which states I failed to register or expired Registration UTAH code 41-1A-1303 (1) (b). In order for the false statement to be true I would have to be a person and/or employee and a part of the STATE OF UTAH corporation, I would have to be driving in a vehicle, and the vehicle would have to be required to be registered. I am not a person, I am not a part of the STATE OF UTAH corporation, I was not driving, I was not in a vehicle, and my private property is not required to be "registered". Especially because the word registration when taken in its latin form is the act of giving away your property to a king for them to administer. This is evidenced by Utah code 41-1a-118 which states anything issued by the Division of Motor Vehicles may be seized as it is their property upon registration. Because my property is mine and mine alone and I will not be coerced into fraud and theft; therefore, the imposed citation/ summons is fraud.

25. The document that appears to be a citation/summons further states "NO DRIVER LICENSE IN POSSESSION DRIVING A 53-3-217-(1)(A). While traveling I was not operating under a "driver license" and provided a passport. The officer falsely stated I was not in possession of a driver license. Regardless a "driver license" is NOT required to travel in private in my property as I informed D. Hanson. The right to travel is protected under the Constitution for the united States of America (1791) and other Supreme Court rulings.

26. The citation/summons is filed in the name of a Fictitious moving party doing business as the DAVIS COUNTY SHERIFF OFFICE, Dun & Bradstreet Number 072979032, by some unknown party to me, as no one claiming to be the moving party has provided me an Affidavit or testified to anything in this Matter.

27. I'm told that filing an action against I, Diane; . Killian-Allan a woman, in the name of a Fictitious moving party is a sanctionable offense, and I'm certain that it constitutes criminal fraud, as no party can enforce the rights or claims of another party, especially when the other party is a Fiction of Law that exists only on paper.

28. I am not, and cannot, be the Defendant in this matter, as there is no real Adversary opposing me, because the alleged moving party, the CITY OF FARMINGTON DBA FARMINGTON POLICE DEPARTMENT is a Fictitious moving party. No one has authority to arbitrarily change my Status to a Defendant, without a verified complaint, first, being filed against me by a moving party with standing in the matter, and proper Service of Process provided to me; especially when the alleged moving party is a Fiction of Law, existing only on paper.

> "As a general principal, standing to invoke the judicial process requires an actual justiciable controversy as to which the complainant has a real interest in the ultimate adjudication because he or she has either suffered or is about to suffer an injury." People v. Superior Court, 126 Cal.Rptr.2d 793

> "In every criminal trial, the prosecution must prove the *Corpus Delicti,* or the body of the crime itself-i.e., the fact of injury, loss or harm, and the existence of a criminal agency as

as its cause." People v. Sapp 73 P. 3d 433, 467 (cal. 2003) [quoting People v. Alvarez, (2002) 27 Cal. 4th 1161, 1168-1169, 119 Cal.Rptr.2d 903, 46 P. 3d 372]

"For a crime to exist, there must be an injured party (*Corpus Delicti*). There can be no sanction or penalty imposed on one because of this Constitutional Right."
Sherer v. Cullen 481 F. 945

29. The only reason I carry the "driver's license" is because of force, threat, and duress, and fear for my safety and my life, and fear for the safety and lives of my family; as not having the driver's license would subject me to continuous harassment and threats by men posing as Officers, employed by for profit municipal corporations, who will forcibly stop me without a warrant or probable cause for exercising my right to freely travel, and by force of arms, will impose their statutes and codes, upon myself and my family, with the intent to extort money from me for their benefit and their employer's benefit.

"The court makes it clear that a license relates to qualifications to engage in profession, business, trade or calling; thus when merely traveling without compensation or profit, outside of business or enterprise or adventure with the corporate state, no license is required of the natural Individual traveling for personal business, pleasure, and transportation." Wingfield v. Felder 20 CA 3d 213 (1972)

"No state shall convert a liberty into a license, and charge a fee therefore." ( Murdock v. Pennsylvania, 319 U.S. 105)

"Persons faced with an unconstitutional licensing law which purports to require a license as a prerequisite to exercise of a right... may ignore the law and engage with impunity of such right." Shuttlesworth v. Birmingham 394 US 147 (1969)

"If the state does convert your right into a privilege and issue a license and fee for it, you can ignore the license and fee and engage in the right with impunity." Shuttlesworth v. Birmingham AI. 373 US 262 (1962)

30. Before any actions can be taken against I - Diane; . Killian-Allan, a woman, or my Private Property, I have a right to due process of law and an inviolate right to a trial by jury, in an Article III, judicial court of law; not in an inferior court or an administrative courts that lack a verified complaint stating a valid "cause of action" for which the Court can grant relief, and in Courts possessing no evidence of personal and subject matter jurisdiction, beyond their "say so", involving any matter regarding myself or my private property.

Constitution of the United States of America (1791)

"In suits at Common Law, where the value in controversy shall exceed twenty dollars, the right of Trial by Jury shall be preserved, and no fact tried by a jury shall be otherwise re-

examined in any Court of the United States, than according to the rules of the common law.

31. The only court authorized by the referenced Constitution to hear matters of the People is a court that conforms to and functions in accordance with Article III Section 2 of the referenced Constitution in which all Officers of the court abide by their sworn and subscribed oaths of office and support and defend the Rights of the People, and are heard only in "Trial by jury", in accordance with all aspects of due process of law.

32. I have a firm, good faith reliance that the man who identified himself as an Officer, responsible for issuing the citation/summons, has executed an oath to support both State and Federal Constitutions, and to uphold the law. I have a firm, good faith reliance that the officer is educated, trained, paid, and sworn to uphold the law. I have been defrauded by this man, facts set forth in this Affidavit, with specific intent, since he has no excuse such as ignorance of the law.

33. I have not been provided evidence, nor has any been cited on the citation, proving that a private employee of a municipal corporation doing business as the FARMINGTON POLICE DEPARTMENT, who identified himself to me as being an Officer, possesses the authority to force me off of the road, approach my car by force of arms, and impose the extreme tactics of force, threat, and duress, to impose commercial statutes upon me, which willfully and factually violates my Constitutionally secured rights.

34. On April 7th of 2022, I was exercising my God-given, substantive, constitutionally secured right to freely Travel, I was not acting as a Driver engaged in Commerce. My right to Travel is a substantive right, essential to live, work, and to survive. To deprive me of my right to Travel is a deprivation of my life, my liberty, and my pursuit of happiness.

> SUBSTANTIVE. "An essential part or constituent or relating to what is essential." Stewart-Warner Corporation v. Le Vally, D.C.Ill., 15 F.Supp. 571, 576.

> Constitution of Utah Article 1 § 27. Fundamental Principles
> "Frequent recurrence to fundamental principles is essential to the security of Individual rights and the perpetuity of free government"

> "The use of the highway for the purpose of travel and transportation is not a mere privilege but a common fundamentally protected right of which the public and individuals **cannot** rightfully be deprived." Chicago Motor Coach v. Chicago 169 NE 221

> " The **right** of the citizen to drive on the public street with freedom from police interference, unless he is engaged in suspicious conduct associated in some manner with criminality is a fundamental constitutional right which must be protected by the courts."

> Simeone v. Lindsay 65 Atl. 778,779; Hannigan v. Wright 63 Atl. 234,236

" No state government entity has the power to allow or deny passage on the highways, byways, nor waterways...Transporting his vehicles and personal property for either recreation or business, but by being subject only to local regulation ie., safety, caution, traffic lights, speed limits, etc. Travel is not a privilege requiring licensing, vehicle registration, or forced insurances." Chicago Coach Co. v. City of Chicago 337 111. 200, 169 N.E. 22.

35. On April 7th of 2022, D Hanson forced me off of the road, endangered my safety, approached my car by force of arms, posed as an Officer, and I believe he acted in violation of 18 U.S. Code § 912 and 18 U.S. Code § 913, and proceeded to impose the tactics of force, threat, and duress, upon me, so that he may impose corporate statutes upon me, in order to benefit himself and to collect revenue for his employer, the municipal corporation of the CITY OF FARMINGTON DBA FARMINGTON POLICE DEPARTMENT ; while intentionally, willfully, and factually violating my Constitutionally secured rights.

18 U.S. Code § 912.Officer or employee of the United States: Whoever falsely assumes or pretends to be an officer or employee acting under the authority of the United States or any department, agency or officer thereof, and acts as such, or in such pretended character demands or obtains any money, paper, document, or thing of value, shall be fined under this title or imprisoned not more than three years, or both.

18 U.S. Code § 913.Impersonator making arrest or search: Whoever falsely represents himself to be an officer, agent, or employee of the United States, and in such assumed character arrests or detains any person or in any manner searches the person, buildings, or other property of any person, shall be fined under this title or imprisoned not more than three years, or both.

36. I have a firm, good faith reliance that Officers of the Court have executed oaths to support both State and Federal Constitutions, and to uphold the law. I have a firm, good faith reliance that Officers of the court are educated, trained, paid, and sworn to uphold the law. However, as the actions of D Hanson and Eric Johnsen have not followed the law they have in fact committed an emolument violation as they have stepped outside of their bounds and the statutes imposed upon them. Thus by their actions they have abandoned their position as an officer and have in fact become Inland pirates, and by the FARMINGTON POLICE DEPARTMENTS own admission April 7th 2022 when we returned the rescissioned citation/summons, which was never accepted as it thrown in my window and not signed at the time of the stop. When we returned the citation/summons within the 72 hour right or rescission timeline following proper law the office, specifically Eric Johnsen, stated they will declare war upon me. As a warrant is a war declaration in the form of a rant, War-Rant. Officers of the court are required to report criminal activity as promptly as they become aware of it. I am officially notifying this Court and making this Court aware that I have been defrauded in this matter, evidence and facts are set forth in this Affidavit.

37. I'm not a subject or citizen, owing duties and obligations to the persons operating as the municipal corporation doing business as the "CITY OF FARMINGTON DBA FARMINGTON

POLICE DEPARTMENT," or to any other municipal corporation; nor does my physical location on the geographic region referenced as Utah, make me a subject or citizen, owing duties and obligations, to the municipal corporation known as the COUNTY OF DAVIS OR STATE OF UTAH, or to any other municipal corporation.

38.  As an issue of fact, I see no verified evidence on the citation/summons proving that I was physically located inside of the municipal corporation, a Fiction of Law, doing business as the FARMINGTON POLICE DEPARTMENT on April 7th, 2022, nor is there any evidence that my physical location on the geographic region referenced as Utah, makes me a subject with duties and obligations owed to the municipal corporation, a Fiction of Law, doing business as the CITY OF FARMINGTON DBA FARMINGTON POLICE DEPARTMENT or STATE OF UTAH , or to any other municipal corporation.

39.  If the man posing as an Officer is a member of the Executive branch, and is claiming to be a witness in the alleged matter, he or she can't act as a Process Server and has no authority to Summons I - a woman, to Court. Process of Service must be served by a party not involved in the matter. That is not only non-compliant with the Utah Rules of Civil Procedure ( R.4. (a) & R.4. (d) (1)), it violates due process of law and violates several State and Federal Constitutionally secured rights.

40.  Void evidence of testimony to the contrary, made by a real party with personal knowledge, under oath, subject to the penalties of perjury, who I've had the opportunity to cross examine, every document issued to me and every statement made about me in this matter is complete hearsay. I'm the only party that has submitted an Affidavit addressing this matter and has pledged to support my Affidavit in open court, should there ever be a valid cause of action filed against me.

41.  Further, the citation/summons Fails to State a Cause of Action. There's no evidence of me owing a duty to anyone, no evidence that I breached this unstated duty, and no evidence that my alleged breach was a direct causation to anyone having a right violated or being damaged by me. There's no real victim in this matter with Standing to make any claim.

> "As a general principal, standing to invoke the judicial process requires an actual justiciable controversy as to which the complainant has a real interest in the ultimate adjudication because he or she has either suffered or is about to suffer an injury." People v. Superior Court, 126 Cal.Rptr.2d 793

> "In every criminal trial, the prosecution must prove the *Corpus Delicti,* or the body of the crime itself-i.e., the fact of injury, loss or harm, and the existence of a criminal agency as as its cause." People v. Sapp 73 P. 3d 433, 467 (cal. 2003) [quoting People v. Alvarez, (2002) 27 Cal. 4th 1161, 1168-1169, 119 Cal.Rptr.2d 903, 46 P. 3d 372]

"For a crime to exist, there must be an injured party *(Corpus Delicti)*. There can be no sanction or penalty imposed on one because of this Constitutional Right."
Sherer v. Cullen 481 F. 945

42. Absent evidence of possessing a warrant or probable cause to the contrary, the stop by D Hanson and Eric Johnsen, constituted an unreasonable search and seizure against me.

Constitution of Utah Article 1 § 3.Utah inseparable from the Union.

"The State of Utah is an inseparable part of the Federal Union and the Constitution of the United States is the supreme law of the land."

Amendment IV of The United States Constitution
"The right of the people to be secure in their persons, houses, papers, and effects against unreasonable searches and seizures, shall not be violated, and no Warrants shall issue, but upon probable cause, supported by oath or affirmation, and particularly describing the place to be searched, and the persons or things to be seized."

43. A man, posing as an Officer, whose rights can only be equal to mine - never greater(Article 1 sec 2 Constitution of Utah), who is a private employee of a municipal corporation, that has NO authority over me, by force of arms, forced me off of the road, with no warrant and no probable cause, and halted my substantive right to travel; acting in non-compliance of the Constitutions, and violated my peace, safety, and happiness.

Constitution of Utah Article 1 § 2 All political power inherent in the people. All political power is inherent in the people; and all free governments are founded on their authority for their equal protection and benefit, and they have the right to alter or reform their government as the public welfare may require.

44. The persons in this matter, acting on behalf of municipal corporations, attempting to extort and steal money from me in the name of a Fictitious moving party, for financial gain, is not only non-compliant with the Constitutions, it violates my religious right of conscience, and is an abomination to God - my Creator as "Thou shalt not defraud thy neighbour, or neither rob him." LEVITICUS 19:13

Constitution of Utah Article 1 § 4 Religious Liberty

The rights of conscience shall never be infringed. The State shall make no law respecting an establishment of religion or prohibiting the free exercise thereof; no religious test shall be required as a qualification for any office of public trust or for any vote at any election; nor shall any person be incompetent as a witness or juror on account of religious belief or the absence thereof. There shall be no union of Church and State, nor shall any church dominate the State or interfere with its functions. No public money or property shall be

appropriated for or applied to any religious worship, exercise or instruction, or for the support of any ecclesiastical establishment.

45. 16th Am Juris 2nd, section 97 states that it (Constitution) shall be inerpreted in my favor, because I am the clearly intended and expressly designated beneficiary, ...for the protection of my rights and property, see Byars v. United States 273 U.S. 28

The Constitution is the Supreme Law of the Land, Article 6 Section 2 - Supremacy Clause, and is echoed in "Marbury v. Madison, 5 U.S. 137."

"Personal liberty largely consists of the Right of locomotion — to go where and when one pleases — only so far restrained as the Rights of others may make it necessary for the welfare of all other citizens. The Right of the Citizen to travel upon the public highways and to transport his property thereon, by horsedrawn carriage, wagon, or **automobile**, is not a mere privilege which may be permitted or prohibited at will, but the common right which he has under his Right to life, liberty, and the pursuit of happiness. Under this Constitutional guarantee one may, therefore, under normal conditions, travel at his inclination along the public highways or in public places, and while conducting himself in an orderly and decent manner, neither interfering with nor disturbing another's Rights, he will be protected, not only in his person, but in his safe conduct."

Am Juris 1st. Constitutional law, Sec 329 P.1135

"Highways are for the use of traveling public, and all have the right to use them in a reasonable and proper manner; the use of is an inalienable right of every citizen." Escobedo v. State 35 C2d 870 I.N. 8 Cal. Jur 3d P.27

46. I only deal with mankind or persons, corporations, and municipal corporations in Affidavit form. If someone can't, or won't, be truthful and provide me their claims and statements in the form of a sworn Affidavit, aren't willing to testify in a court of law to support their affidavit, and won't allow me to cross examine them under the penalty of perjury, then anything that person claims about me or states about me, is hearsay, a lie, and criminal fraud.

47. I am not an expert in the law however I do know right from wrong. If there is any human being damaged by any statements herein, if he will inform me by facts I will sincerely make every effort to amend my ways. I hereby and herein reserve the right to amend and make amendment to this document as necessary in order that the truth may be ascertained and proceedings justly determined. If the parties given notice by means of this document have information that would controvert and overcome this Affidavit, please advise me IN WRITTEN AFFIDAVIT FORM within three (3) days from receipt hereof, providing me with your counter affidavit, proving with particularity by stating all requisite actual evidentiary fact and all requisite actual law, and not merely the ultimate facts or conclusions of law, that this Affidavit Statement is substantially and materially false sufficiently to change materially my status and factual declarations. Your silence stands as consent to, and tacit approval of, the factual

declarations herein being established as fact as a matter of law. May the will of our Heavenly Father, through the power and authority of the blood of his son be done on Earth as it is in Heaven

48. On April 7, 2022 at 2:18 pm I went in to the FARMINGTON POLICE DEPARTMENT and provided them the Rescissioned citation, within 72 hours, per UCC §3-202 Negotiation subject to Rescission, for cause of Fraud, dereliction of duty and operating outside authority.

49. The Clerk went to get an officer and (Lieutentant) Eric Johnsen exited the office to speak to me and a witness I had present.

50. Upon explaining I was rescissioning the citation Eric Johnsen then proceeded to threaten me stating I would be issued a "War-Rant for my arrest".

51. Eric Johnsen made a direct threat to me when he stated "Your car is going to be impounded.

52. Eric Johnsen made a direct threat to me when he stated "we're going to take it away from you" .

53. Eric Johnsen made a direct threat to me when he stated "Not if, we will impound your vehicle. A witness at the time stated that's a threat. Eric Johnsen then stated, "it's a promise, it's a promise."

54. He was informed that a such comments are a declaration of war against me a woman, National of the united States of America.

55. Officer Eric Johnson was informed that such actions are violations under the law. Title 18 U.S. Code § 112 - Protection of foreign officials, official guests, and internationally protected persons.

> (a) Whoever assaults, strikes, wounds, imprisons, or offers violence to a foreign official, official guest, or internationally protected person or makes any other violent attack upon the person or liberty of such person, or, if likely to endanger his person or liberty, makes a violent attack upon his official premises, private accommodation, or means of transport or attempts to commit any of the foregoing shall be fined under this title or imprisoned not more than three years, or both. Whoever in the commission of any such act uses a deadly or dangerous weapon, or inflicts bodily injury, shall be fined under this title or imprisoned not more than ten years, or both.
> foreign official
> (c) For the purpose of this section "foreign government", "foreign official", "internationally protected person", "international organization", "national of the United States", and "official guest" shall have the same meanings as those provided in section 1116(b) of this title .
> 18 U.S. Code § 1116

(7) "National of the United States" has the meaning prescribed in section 101(a)(22) of the Immigration and Nationality Act (8 U.S.C. 1101(a)(22)).
(22) The term "national of the United States" means (A) a citizen of the United States, or (B) a person who, though not a citizen of the United States, owes permanent allegiance to the United States.

56. The actions and statements of both D Hanson and Eric Johnsen represent a dereliction of duties and a failure to train on behalf of the police chief Wayne Hanson.

57. In SELF v. RHAY | 61 Wn.2d 261 Codes and Statues are not law, they are corporate by laws

58. A 'Statute' is not a Law," (Flournoy v. First Nat. Bank of Shreveport, 197 La. 1067, 3 Sold 244, 248),

59. US.SUPREME COURT DECISION -'The common law is the real law, the Supreme Law of the land, the code, rules, regulations, policy, and statutes are "not the law", [Self v. Rhay, 61 Wn (2d) 261]

60. US. SUPREME COURT DECISION – "All codes, rules, and regulations are for government authorities only, not human/Creators in accordance with God's laws. All codes, rules, and regulations are unconstitutional and lacking due process..." [Rodrigues v. Ray Donavan (U.S. Department of Labor) 769 F. 2d 1344, 1348 (1985).1

61. All laws, rules and practices which are repugnant to the Constitution are null and void "Marbury v. Madison, 5 U.S. 137."

62. Where rights secured by the Constitution are involved, there can be no rule making or legislation which would abrogate them.". Miranda v. Arizona.

63. Notice of Claim to property - All securities, funds, proceeds, interest, reversionary interest linked or related to this cause of action are my property and I have not abandoned my property.

**Maxims of Law**

Regarding Justice . . .

— All are equal under the Law.

— A matter must be expressed to be resolved.

— Claims made without accountability are void.

— Might does not make right.

— Force, perjury or subornation of perjury, voids all.

— Fraud vitiates the most solemn promise.

— While the battle continues, he who first leaves the field or refuses to contend loses by default.

— You are free to make any decision you wish, but you are never free to escape the consequences of your decisions.

— A laborer is worthy of his hire.

— Thou shalt not steal.

— Notice to the agent is notice to the principal and notice to the principal is notice to the agent.

— Do unto others as you would have others do unto you. Regarding Truth . . .

— Truth stands supreme.
— Truth affects but cannot be affected.
— Truth is expressed in the form of an affidavit.

— Truth will out.

— An unrebutted affidavit stands as the truth.
— An affidavit must be rebutted point-for-point.
— Thou shall not bear false witness.
— Ignorance is no respecter, it affects all without regard to position or title.

Regarding Sovereignty . . .

— It is self-evident that all men are endowed by their creator (God) with equal and unalienable rights.

— The created cannot be greater than its creator.
— A man can give to another no more than he himself has.
— A man may not with impunity infringe upon another man's rights.

— The People are Sovereign.
— In America the government is the servant of the "sovereign" People.

Regarding Power and Authority . . .
— We cannot give to anyone or anything any power or authority we do not have.

## Conclusion

Given the facts provided within this Affidavit, I move that this cause/citation be immediately dismissed with prejudice, the moving party be sanctioned for bringing a frivolous and fraudulent case before this Court, and my Status be restored to whole.

**Pursuant to 28 USC § 1746(1)**

"...any matter is required or permitted to be supported, evidenced, established, or proved by the sworn declaration, verification, certificate, statement, oath, or affidavit, in writing of the person making the same, such matter may, with like force and effect, be supported, evidenced, established, or proved by the unsworn declaration, certificate, verification, or statement, in writing of such person which is subscribed by him, as true under penalty of perjury, and dated, in substantially the following form:"

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on this the __11__ day, of the __4__ month, in the year of our Lord and Savior, two thousand __22__ .

*Diane Killian-Allan*

By: Diane; . Killian-Allan, Affiant Notary used without prejudice to my rights:

## Notary public as JURAT CERTIFICATE

**Utah State**

**Davis County**

On__11 April 2022_____date before me, a Notary RePublic, personally appeared __Diane Killian Allan_____ who proved to me on the basis of satisfactory evidence to be the woman whose Name is subscribed to the within instrument and acknowledged to Me that she executed the same in her authorized capacity, And that by her autograph on the instrument the woman executed, the instrument.

**I certify under PENALTY OF PERJURY under the lawful laws of Utah State and that the foregoing paragraph is true and correct.**

**WITNESS my hand and official seal.**

ZACHARY CHRISTENSEN
NOTARY PUBLIC • STATE OF UTAH
COMMISSION NO. 706874
COMM. EXP. 06/20/2023
GREAT SEAL OF THE STATE OF UTAH 1896

Signature of public Notary as Jurat *Zachary Christensen*_____

seal

# CERTIFIED PROOF OF SERVICE

I, hereby Certify that on this;

the _12_ day of _April_, 20_22_;

The Bound / Attached Affidavit was signed for <u>Received</u> as attested to by the attached Proof of

mailing return receipt.

## First Return Receipt

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

A. Signature

X _____

☐ Agent
☐ Addressee

B. Received by (Printed Name)    Finkel

C. Date of Delivery    4.12.22

1. Article Addressed to:

Michael DiReda
Davis County Justice Court
800 S State St
Farmington UT 84025

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

9590 9402 7361 2028 4932 89

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☑ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

2. Article Number (Transfer from service label)
RF 368 325 365 US

PS Form 3811, July 2020 PSN 7530-02-000-9053       Domestic Return Receipt

## Second Return Receipt

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

A. Signature

X Denise E. Gibb

☐ Agent
☐ Addressee

B. Received by (Printed Name)    Denise E. Gibb

C. Date of Delivery    4/12/22

1. Article Addressed to:

Seic Johnsen
Farmington Police Dept
2865 200 E
Farmington UT 84025

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

9590 9402 7361 2028 4933 02

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☑ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

2. Article Number (Transfer from service label)
RF 368 325 388 US

PS Form 3811, July 2020 PSN 7530-02-000-9053       Domestic Return Receipt

Print _Diane Kellean Allan_
_Diane Allan_

Post Mailed in _Kaysville, Utah_ by my hand

Witness _____

Witness _____

# NOTICE OF DEFAULT

## CERTIFIED "JUDGEMENT" OF

## UN-REBUTTED AFFIDAVIT

### herein Bound / Attached and so named as

__Certified Proof of Service__ ,

I, hereby Certify that on this;

the __8__ day of __June__ , 20__22__ ; on/or after the 22nd day

following the date of the Bound / Attached "Certified Proof of Service"

that was properly served and dated

the __12__ day of __April__ , 20__22__ ;

I hereby declare by my Honor and under my Authority as one

of "we the people" and under the laws of the United States of America

in that an affidavit un-rebutted in 21 days becomes the judgement.

X __Diane-Killeen-Allan__

Print __Diane Allan__

Post Mailed in __Kaysville, Utah__ by my hand

Witness _____

Witness _____

# Notary Public as JURAT CERTIFICATE

_Utah_ State

_Davis_ County

The United States of America

On_ 8 June 2022 _ date before me, _Zachary Christensen_

a Notary Public, personally appeared _Diane Allan_ who proved to me

on the basis of satisfactory evidence to be the man/woman whose Name is subscribed to

the within attached instrument and acknowledged to Me that he/she executed the same in

his authorized capacity, And that by his/her autograph(s) on the instrument the man/

woman executed, the instrument known as

_____

I certify under PENALTY OF PERJURY under the lawful laws of

_Utah_ State that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____

of Notary / Jurat                                    seal

ZACHARY CHRISTENSEN
NOTARY PUBLIC • STATE OF UTAH
COMMISSION NO. 706874
COMM. EXP. 06/20/2023

Notice to agents is notice to principal, Notice to principal is notice to agent. This is <u>The End</u> of

this affidavit.



**UNITED STATES OF AMERICA**
 **DEPARTMENT OF TRAVEL**
**2000 Pennsylvania Avenue NW Suite 194**
 **Washington, D.C. 20006**
 **Telephone: (202) 600-9095**
 **Facsimile: (202) 370-7177**

---

GOVERNOR PAT McCRORY                                         November 23, 2015
20301 Mail Service Center
Raleigh, NC 27699-0301
(919) 733-4240

**RE:** VIOLATION OF U.S. SUPREME COURT RULINGS REGARDING THE RIGHT TO TRAVEL

**SUBJECT:** EDUCATION OF LAW ENFORCEMENTS AND NORTH CAROLINA JUDICIARY

Dear Governor McCrory,

We are sending this correspondence to make you aware of the unconstitutional acts committed by your law enforcement agencies and state courts against the people of North Carolina. These acts may or may not have been committed knowingly or unintentionally but we are writing to your office to ensure that these violations are brought to your attention so that they can be addressed and corrected.

As you may or may not know, there are people in your state whose status is ostensibly different than the average US Citizen and are considered Foreign Nationals or American Nationals with certain safeguards and protection under the law. Our primary concern is that their travel rights in your state are not infringed.

In order to educate your law enforcement regarding Foreign Nationals or American Nationals in your state, you can call the Department of State here in Washington, D.C. to get clarity or you can go to the Department of State's website at http://travel.state.gov/content/dam/travel/CNAtrainingresources/CNAManual_Feb2014.pdf or our website at https://www.usadot-gov.org/CNAManual_Feb2014.pdf and download the manual. The Department of State also offers training for your law enforcement officers free of charge to raise awareness and compliance. Log on to: http://travel.state.gov/content/travel/en/consularnotification/training-outreach.html.

We have enclosed one of our affidavit forms for the exemption of registration and licensing for Foreign Nationals that Foreign Nationals have to file in your state to lawfully claim the exemption. This affidavit also can be used by U.S. Citizens who are not driving or operating a motor vehicle for profit or for hire.

Please forward this information to all of your law enforcement agencies in your state to prevent any unnecessary lawsuits from being filed against these agencies for not following the law and violating the rights of the people to freely travel without interference unless they are a threat to the public safety.

If you have any questions regarding this matter please feel free to respond in writing by mail or fax any questions or concerns you may have and we will be happy to answer and address them.

Thank you in advance for your cooperation and consideration in this matter.

Best regards,

Norv Eisenberg
Foreign National Division

Cc: Dept. of Justice Attorney General Loretta Lynch
     Dept. of State Secretary John Kerry