DAVIS COUNTY JUSTICE COURT

DAVIS COUNTY, STATE OF UTAH

| | |
|---|---|
| FARMINGTON CITY, <br><br> Plaintiff, <br><br><br> vs. <br><br> DIANE KILLIAN ALLEN, <br> Defendant. | NOTICE OF <br> PRETRIAL CONFERENCE <br><br><br> Case No: 225003350 TC <br> Judge: J C YNCHAUSTI <br> Date: May 2,2022 |

**PRETRIAL CONFERENCE is scheduled.**

Date: 06/01/2022

Time: 08:30 a.m.

Location: DAVIS COUNTY JUSTICE

800 WEST STATE STREET

COURTROOM 2

FARMINGTON, UT 84025

Before Judge: J C YNCHAUSTI

Case: 1:22-cv-00117
Assigned To : Romero, Cecilia M.
Assign. Date : 09/09/2022
Description: Allan v Hanson et al

Your appearance is required. Please check in for court at least 15 minutes before your scheduled time.

For up-to-date information on court operations during the COVID-19 pandemic, please visit: https://www.utcourts.gov/alerts/

* The court will provide an interpreter upon request. If you need an interpreter, please notify the court at five days before the hearing.

* El tribunal proveerá un intérprete si lo solicita. Si usted necesita un intérprete, por favor notifique al tribunal llamando al número cinco días antes de la audiencia.

Individuals needing special accommodations (including auxiliary communicative aids and services) should call Jennifer at 801-451-4488 three days prior to the hearing.  For TTY service call Utah Relay at 800-346-4128.

Exhibit 4

CASE NUMBER: 225003350 Traffic Court Case

---

## CERTIFICATE OF NOTIFICATION

I certify that a copy of the attached document was sent to the following people for case 225003350 by the method and on the date specified.

MAIL: DIANE KILLIAN ALLEN 1152 W 475 S FARMINGTON, UT 84025

EMAIL: FARMINGTON CITY farmingtonprosecutor@gmail.com


05/02/2022              /s/ ALISSA WARDLE

Date: _____      _____

                                                Signature