**The Order of the Court is stated below:**
**Dated:** July 08, 2022          /s/ J. C. YNCHAUSTI
          03:47:22 PM                    Justice Court Judge

## DAVIS COUNTY JUSTICE COURT
## DAVIS COUNTY, STATE OF UTAH

| | |
|---|---|
| FARMINGTON CITY, <br><br> Plaintiff, | RULING <br><br> ORDER DENYING DEFENDANTS MOTION TO DISMISS |
| vs. <br> DIANE KILLIAN ALLEN, <br> Defendant. | Case No: 225003350 <br> Judge: J C YNCHAUSTI <br> Date: July 8, 2022 |

    The court having reviewed the defendants motion to dismiss along with defendants submitted arguments in additional filings. The court finds defendant has not raised grounds sufficient to justify dismissal of the case and therefore denies it.
    It is HEREBY ORDERED, Defendant's Motion to Dismiss, is DENIED.

**End Of Order - Signature at the Top of the First Page**

Case: 1:22-cv-00117
Assigned To : Romero, Cecilia M.
Assign. Date : 09/09/2022
Description: Allan v Hanson et al

**CERTIFICATE OF NOTIFICATION**

    I certify that a copy of the attached document was sent to the following people for case 225003350 by the method and on the date specified.

MAIL: DIANE KILLIAN ALLEN 1152 W 475 S FARMINGTON, UTAH 84025

EMAIL: FARMINGTON CITY farmingtonprosecutor@gmail.com

          07/08/22          /s/ JENNIFER NICHOLAS

Date: _____          _____

                                Signature

Exhibit 6

CASE NUMBER: 225003350 Traffic Court Case

---

## CERTIFICATE OF NOTIFICATION

I certify that a copy of the attached document was sent to the following people for case 225003350 by the method and on the date specified.

MAIL: DIANE KILLIAN ALLEN 1152 W 475 S FARMINGTON, UT 84025

EMAIL: FARMINGTON CITY farmingtonprosecutor@gmail.com

05/02/2022                    /s/ ALISSA WARDLE

Date: _____        _____
                                                    Signature