From the desk of Diane Killian-Allan
Diane Killian-Allan- pro per
C/O 1152 W 475 S
Farmington, Utah Republic Zip Exempt

| Farmington City<br><br>Alleged Plaintiff<br><br>V.<br><br>Diane Killian Allan<br><br>Alleged Defendant | §<br>§<br>§<br>§<br>§<br>§ | DAVIS COUNTY JUSTICE COURT<br><br>COUNTY OF DAVIS<br><br>Judge John Carl Ynchausti |
|---|---|---|

### Request for findings of fact and conclusions of Law

Comes now Diane Killian Allan, hereinafter "Requester" still at arm's length to the Court, hereby appearing specially again to request that the judge provide **findings of fact and conclusions of law** in support of Judge John Carl Ynchausti's denial of the Requesters unopposed Motion to dismiss without the threshold issue raised.

1. Requester believes the facts and the law do not and cannot support the decision rendered on 7/8/2022.

2. Requester believes the Judge's ruling is erroneous and requester takes exception to the judicial error.

3. Requester believes the Judge's ruling is arbitrary and unreasonable.

4. Requester believes the Judge is showing bias against the requester.

5. Requester respectfully submits that the decision was an abuse of discretion in taking the facts into consideration and properly apply law to the facts.

6. In the 7/8/2022 decision, no lawful authority was offered in support of the conclusive statement made.

7. In the 7/8/2022 decision, no attention was given to the constitutional guarantee that we the people are protected from the obvious dangers of having an interested judge preside.

Exhibit 7

Case: 1:22-cv-00117
Assigned To : Romero, Cecilia M.
Assign. Date : 09/09/2022
Description: Allan v Hanson et al

8. Significant issues and material facts and law were all overlooked and left unaddressed.

Therefore, requester hereby ask the judge, presiding by assignment, in this Honorable Court to promptly provide the above requested **findings of fact and conclusions of law**.

Respectfully,

By: *Diane Killian Allan*
**Diane Killian Allan - Authorized Representative**
**All Rights Reserved**

## CERTIFICATE OF SERVICE

I Chase Allan, hereby certify that a true and correct copy of above and foregoing has been delivered to Farmington City Prosecutor & *Davis County Justice Court*, on this the 13 day of July 2022, by _____hand_____ (Receipt # _____), in accordance with the rules governing same.

*Chase Allan*

**Chase Allan
Rural Route 1152 W 475 S
Farmington, Utah Zip Exempt**