**DeAnn Carlile**
**Farmington City Recorder**
160 S Main, Farmington, UT 84025
801-451-2383
dcarlile@farmington.utah.gov



Case: 1:22-cv-00117
Assigned To : Romero, Cecilia M.
Assign. Date : 09/09/2022
Description: Allan v Hanson et al

---

📎 **URMA Joint Protection Program 07 30 2021 (1).pdf**
2223K

---

**Diane Allan** <diane.allan.ut@gmail.com>   Mon, Apr 18, 2022 at 11:37 AM
To: DeAnn Carlile <dcarlile@farmington.utah.gov>

Thank you Deann

Best regards,
Diane Allan

---

**Diane Allan** <diane.allan.ut@gmail.com>   Wed, Apr 20, 2022 at 3:04 PM
To: DeAnn Carlile <dcarlile@farmington.utah.gov>

Hi DeAnn,

I spoke with Sandy City and they said they have never had an employee or officer by the name of Eric Johnsen. When you said I would need to send the request there can you please explain why? Perhaps you can double check the records to verify this was accurate.

Thank you,
Diane Allan

> On Apr 11, 2022, at 8:40 AM, DeAnn Carlile <dcarlile@farmington.utah.gov> wrote:
>
> <GRAMA.pdf>

---

**DeAnn Carlile** <dcarlile@farmington.utah.gov>   Wed, Apr 20, 2022 at 3:24 PM
To: Diane Allan <diane.allan.ut@gmail.com>

Diane:
I double checked with the Police Department. He was a Police Officer for Sandy City as well as Layton City. Hopefully they can provide you with his Oath of Office.
DeAnn

**DeAnn Carlile**
**Farmington City Recorder**
160 S Main, Farmington, UT 84025
801-451-2383
dcarlile@farmington.utah.gov



Exhibit 9

 Gmail

Diane Allan <diane.allan.ut@gmail.com>

---

# GRAMA

---

**DeAnn Carlile** <dcarlile@farmington.utah.gov>  Mon, Apr 11, 2022 at 8:40 AM
To: diane.allan.ut@gmail.com

Please see the attached requested GRAMA information.
You will need to request the oath of office from Sandy City for Lt Eric Johnsen.
Respectfully,

**DeAnn Carlile**
Farmington City Recorder
160 S Main, Farmington, UT 84025
801-451-2383
dcarlile@farmington.utah.gov

---

📄 **GRAMA.pdf**
3356K

---

**Diane Allan** <diane.allan.ut@gmail.com>  Fri, Apr 15, 2022 at 10:03 AM
To: DeAnn Carlile <dcarlile@farmington.utah.gov>

Hi DeAnn,

Thank you for your response. I received the Certificate of coverage that you provided. However, I requested the full Bond/Policy information. Please provide a complete copy of the policy.

Best regards,
Diane Allan

<GRAMA.pdf>

---

**DeAnn Carlile** <dcarlile@farmington.utah.gov>  Mon, Apr 18, 2022 at 10:18 AM
To: Diane Allan <diane.allan.ut@gmail.com>

Diane
Here is the information that URMA Utah Risk Management Agency sent me regarding your GRAMA request.
DeAnn

From: Research Center historyresearch@utah.gov
Subject: Officer Eric Johnsen Oath of Office
Date: May 3, 2022 at 1:33:11 PM
To: mail4chase.allan@gmail.com

Chase,

The Utah State Archives does not hold an oath of office for Officer Eric Johnsen. The Archives only takes in oaths of office for state officials. Officer Johnsen's oath of office would be filed with the local agency.

Let me know if you have any questions or if I can help further.

Thank you,

Heidi Stringham, MLS

Reference Staff
Research Center of the Utah State Archives & Utah State History

historyresearch@utah.gov
(801) 531-3847

The Research Center is now scheduling research appointments. Contact a staff member for more information.

**From:** **Wendy Downs** wdowns@sandy.utah.gov
**Subject:** RE: [EXTERNAL] Sandy City GRAMA Response
**Date:** April 20, 2022 at 2:38 PM
**To:** Diane Allan diane.allan.ut@gmail.com
**Cc:** Charlie Cressall rcressall@sandy.utah.gov



Hi Diane,

You have requested records from Sandy City, which is in Salt Lake County. We have no connection with the Davis County Recorder, and I am not sure why they would "confirm" that we would have records.

Sandy City has NO employment records for an officer with the name Eric Johnson, or Eric Johnsen. We had an employee, which was a crossing guard in 2018 by the name of Erick Johnson but crossing guards are not police officers and do not swear an oath.

Are you sure you have requested records from the correct entity?



**Wendy Downs, CMC**
City Recorder
Certified Records Officer

10000 S. Centennial Pkwy. | Sandy, UT 84070
o: 801.568.7118
wdowns@sandy.utah.gov

sandy.utah.gov

**From:** Diane Allan <diane.allan.ut@gmail.com>
**Sent:** Tuesday, April 19, 2022 3:23 PM
**To:** Wendy Downs <wdowns@sandy.utah.gov>
**Subject:** Re: [EXTERNAL] Sandy City GRAMA Response

Hi Wendy,

The Davis County Recorder confirmed that your department should have the records and directed me to you. They do not have anything on file. Eric Johnsen confirmed to me verbally he has sworn an Oath. So if you are confirming that both name spellings have been checked and you don't have anything can you confirm the reason you don't have anything on file?

Thanks,
Diane Allan

> On Apr 19, 2022, at 3:12 PM, Wendy Downs <wdowns@sandy.utah.gov> wrote:
>
> Diane, please excuse the typo, our HR department searched for Johnson. The typo was an error on my part when preparing my response.
>
> Sent from my Verizon, Samsung Galaxy smartphone
> Get Outlook for Android
>
> ---
>
> **From:** Diane Allan <diane.allan.ut@gmail.com>
> **Sent:** Tuesday, April 19, 2022 2:46:23 PM
> **To:** Wendy Downs <wdowns@sandy.utah.gov>
> **Subject:** [EXTERNAL] Re: Sandy City GRAMA Response

Subject: [EXTERNAL] Re: Sandy City GRAMA Response

Hi Wendy,

it looks like your search has the officer name spelled differently. Please search the name as Eric Johnsen, spelled with an E rather than an O in the last name.

Thank you,

> On Apr 19, 2022, at 2:38 PM, Wendy Downs <wdowns@sandy.utah.gov> wrote:
>
> Diane,
>
> Please see the attached response to your recent records request.
>
> Thank you,
>
> <image001.jpg>   **Wendy Downs, CMC**
>                  City Recorder
>                  Certified Records Officer
>                  _____
>
>                  10000 S. Centennial Pkwy. | Sandy, UT 84070
>                  o: 801.568.7118
>                  wdowns@sandy.utah.gov
> **sandy.utah.gov**   <image002.png>  <image003.png>  <image004.png>  <image005.png>  <image006.png>
>
>
> <Diane Allan - PD Oath and Bond E. Johnson GRAMA 4.12.22.pdf><Diane Allan - no records .pdf>



**Layton**

Community • Prosperity • Choice

Mayor • Joy Petro
City Manager • Alex R. Jensen
Asst. City Manager • Steve Garside

• Council Members •
Zach Bloxham Brown
Clint Morris
Tyson Roberts
Bettina Smith Edmondson
Dave Thomas

April 26, 2022

Diane Allan
1152 West 475 South
Farmington, UT 00000

RE: Records Request received April 25, 2022

Dear Ms. Allan;

In response to your recent records request under the Government Records Access and Management Act ("GRAMA") wherein you requested the following records: Oath of Office for Police Officer Eric Johnsen for any or all time frames as may be on file.

No records exist. The City was unable to identify an employee with the name of Eric Johnsen.

Respectfully,

*Kimberly S Read*

Kimberly S Read, MMC
City Recorder