The Order of the Court is stated below:
Dated: September 21, 2022 01:33:31 PM       /s/ J. C. YNCHAUSTI
                                            Justice Court Judge

DAVIS COUNTY JUSTICE COURT

DAVIS COUNTY, STATE OF UTAH

| FARMINGTON CITY, <br> Plaintiff, <br><br> vs. <br> DIANE KILLIAN ALLEN, <br> Defendant. | MINUTES <br> SENTENCE, JUDGMENT, COMMITMENT <br><br> Case No: 225003350 TC <br> Judge: J C YNCHAUSTI <br> Date: September 21, 2022 |
|---|---|

**PRESENT**

    Clerk: jennbb

    Prosecutor: COLE, DAVID

    Defendant Present

    Defendant pro se

**DEFENDANT INFORMATION**

    Date of birth: July 12, 1972

    Audio

**CHARGES**

    1. NO DRIVER LICENSE IN POSSESSION DRIVING A MOTOR VEHICLE - Infraction - Disposition: 09/21/22 Guilty - Bench

    2. FAILURE TO REGISTER OR EXPIRED VEHICLE REGISTRATION - Infraction - Disposition: 09/21/22 Guilty - Bench

**TRIAL**

    TIME: 1:01 PM Parties present. Judge informs the prosecutor of the request for continuance that was filed on the defendants behalf earlier today. Prosecutor objects to any continuance in this matter and is ready to proceed. Judge denies the defendants request to continue. Judge explains to the defendant trial procedures. Prosecutor wavies opening statement and asks the court to ask the defendant if she is planning on providing a defense to to charge one 53-3-217. Defendant objects and will not be proving anything. Defendant leaves the court room indicating this not a trial. Prosecutor proceeds and calls first witness Farmington Officer D. Hansen, sworn and testimony given. Officer testimony gives jurisdiction, reason for the stop and who was the driver of the vehicle. Prosecution rests and waives any closing. Judge finds the defendant guilty in her absentia on both counts. Prosecutor requests that sentencing be imposed today. Judge proceeds with sentencing.

**SENTENCE FINE**

    Charge # 1 Fine: $50.00

    Suspended: $0.00

    Due: $50.00

    Charge # 2 Fine: $50.00

    Suspended: $0.00

    Due: $50.00

    Total Fine: $100.00

    Total Suspended: $0

    Total Surcharge: $0

    Total Principal Due: $100.00

    Plus Interest

    Defendant is to pay a fine of 100.00 which includes the surcharge.  Interest may increase the final amount due.

    Fine payments are to be made to The Court.

    The fine is to be paid in full by 10/21/2022.

**ORDER OF PROBATION**

    The defendant is placed on probation for 12 month(s).

    Probation is to be supervised by Court Probation.

    Payment of fine/costs.

    12 Months court probation or until fines have been paid in full.

    If you choose to appeal, you must file a written Notice of Appeal witnin 28 days of the sentence or order from which you are appealing.

**End Of Order - Signature at the Top of the First Page**