Diane Killian Allan
1152 W 475 S
Farmington, Utah
Email: diane@movinutah.com

FILED US District Court-UT
OCT 27 '22 PM03:22

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF UTAH

| | |
|---|---|
| **Diane Killian Allan,**<br><br>*Petitioner*<br><br>v.<br><br>**Dane Hanson, Eric Johnsen, Wayne Hansen, David Cole, Troy Rawlings, John Carl Ynchausti, FARMINGTON CITY, a Corporation, Davis County Attorney's office, a Corporation and DAVIS COUNTY JUSTICE COURT, a Corporation dba DAVIS COUNTY DRUG COURT, INC.**<br><br>*Respondents* | **MOTION FOR LEAVE TO FILE EXCESS PAGES**<br><br>Cause No: 1:22-CV-00117-DAK-CMR<br><br>District Judge Dale A. Kimball<br>Magistrate Judge Cecilia M. Romero |

Comes Now Petitioner Diane Killian Allan ("Petitioner") and moves this court to grant leave to file a reply to the Farmington City Respondents Motion to Dismiss in excess of the local rule 4(a) (i) and states the following:

1. The Respondents appear to think they did not participate in the Constitutional and Federal Law violations. As such more space is needed to properly address each of the ways in which they participated and the need for vindication of constitutional rights. This is further complicated by the number of Respondents involved.



THEREFORE, Petitioner should be granted leave to file a Reply in excess of local rule 4(d) (i) and all other relief that is appropriate.

RESPECTFULLY SUBMITTED THIS 17 day of October, In the year of our Lord 2022.

By: *Diane Killian-Allan*

Diane Killian Allan



## CERTIFICATE OF SERVICE

I hereby certify that on _October 27_, 2022, I delivered the attached document to the Clerks Office by : _hand delivery_

and the following CM/ECF registrants:

Jesse C. Trentadue (4961)
Michael W. Homer (1535)
Robert J. Brennan (15550)
SUITTER AXLAND, PLLC
8 EAST BROADWAY, SUITE 200
SALT LAKE CITY, UT 84111
Telephone: 801-532-7300
Fax : 801-532-7355
Email: mhomer@sautah.com
Jesse32@sautah.com
rbernnan@sautah.com

Matthew D. Church
PLANT, CHRISTENSEN & KANELL
136 East South Temple, Suite 1700
Salt Lake City, Utah 84111
801-363-7611
mchurch@pckutah.com

Neal Geddes (11651)
*Davis County Attorney's Office – Civil Division*
28 E State Street
Farmington, UT 84025
Telephone: 801-451-3570
Email: ngeddes@co.davis.ut.us *Co-Counsel for Davis County Defenants*

