Diane Killian Allan
1152 W 475 S
Farmington, Utah
Email: diane@movinutah.com

FILED US District Court-UT
NOV 28 '22 PM02:04

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF UTAH

| | |
|---|---|
| Diane Killian Allan,<br><br>*Petitioner*<br><br>v.<br><br>Dane Hanson<br><br>Eric Johnsen<br><br>Wayne Hansen<br><br>David Cole<br><br>Troy Rawlings<br><br>John Carl Ynchausti<br><br>FARMINGTON CITY, a Corporation,<br><br>Davis County Attorney's office, a Corporation<br><br>and<br><br>DAVIS COUNTY JUSTICE COURT, a Corporation dba DAVIS COUNTY DRUG COURT, INC.<br><br>*Respondents* | **PETITIONERS REPLY MEMORANDUM IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS MEMORANDUM**<br><br>Cause No: 1:22-CV-00117-DAK-CMR<br><br>District Judge Dale A. Kimball<br>Magistrate Judge Cecilia M. Romero |

Without prejudice, UCC 1-308 (old UCC 1-207.4) this man reserves all this man's rights not to be compelled to perform under any commercial contract or agreement that this man did not enter knowingly, voluntarily, and intentionally. This man did not and does not accept the liability of any compelled benefits offered or any unrevealed, non-disclosed commercial contract or agreement offered. All offers accepted pursuant to 40 STAT 411, Section 7 (e) and 50 US code §4305 (B)(2).  This is a legal permanent fixture and part of every page of this TORT CLAIM PETITIION in this court of record in exclusive common law of England that shall be read and considered in every COURT pursuant to all laws NON-ASSUMPTIVE, without recourse, UCC 1-103.6.

By:

Ezekiel 18:30 "Therefore I will judge you O' House of Israel, everyone according to his ways, sayeth the Lord God.  Repent and turn yourselves from all your transgression so iniquity shall not be your ruin".

Jose 4:6 "My people are destroyed for lack of knowledge because thou hast rejected knowledge, I will also reject thee, that thou shalt be no priest to me: seeing thou hast forgotten the law of thy God I will also forget thy children.

Mathew 25:15 "for the Kingdom of heaven is as a man traveling into a far country, who called his own servants, and delivered unto them his goods"

## TO THE HONORABLE JUDGE OF THE COURT:

I object to the 12(b)(6) Motion to Dismiss on the grounds of Trinsey v Pagliaro, 229 F. Supp 647.

Farmington City Respondents falsely state Petitioner has conceded that causes of action 1,4 and 5 are not proper claims is simply not true. Petitioner has not and does not concede any cause of action in the pleading. Petitioner affirmed the need for this court to address criminal matters and convene a grand jury for the crimes that were committed. Reference to a private cause of action In Petitioners response ECF No. 46 was specifically in reference only to State Law Claims.

WHEREFORE, for the reasons stated throughout this opposition, Petitioner respectfully **MOVES** this Honorable court to enter an order **DENYING** Defendant's Motion to Dismiss.

RESPECTFULLY SUBMITTED THIS 28 day of November, 2022.

By: *Diane Killian Allan*
Diane Killian Allan

Without prejudice, UCC 1-308 (old UCC 1-207.4) this man reserves all this man's rights not to be compelled to perform under any commercial contract or agreement that this man did not enter knowingly, voluntarily, and intentionally. This man did not and does not accept the liability of any compelled benefits offered or any unrevealed, non-disclosed commercial contract or agreement offered. All offers accepted pursuant to 40 STAT 411, Section 7 (e) and 50 US code §4305 (B)(2). This is a legal permanent fixture and part of every page of this TORT CLAIM PETITIION in this court of record in exclusive common law of England that shall be read and considered in every COURT pursuant to all laws NON-ASSUMPTIVE, without recourse, UCC 1-103.6.

By:

Ezekiel 18:30 "Therefore I will judge you O' House of Israel, everyone according to his ways, sayeth the Lord God. Repent and turn yourselves from all your transgression so iniquity shall not be your ruin".

Jose 4:6 "My people are destroyed for lack of knowledge because thou hast rejected knowledge, I will also reject thee, that thou shalt be no priest to me: seeing thou hast forgotten the law of thy God I will also forget thy children.

Mathew 25:15 "for the Kingdom of heaven is as a man traveling into a far country, who called his own servants, and delivered unto them his goods"



## CERTIFICATE OF SERVICE

I hereby certify that on __nov 28__, 2022, I delivered the attached document to the Clerks Office by : __hand delivered__

the following CM/ECF registrants:

Jesse C. Trentadue (4961)
Michael W. Homer (1535)
KANELL
Robert J. Brennan (15550)
SUITTER AXLAND, PLLC
8 EAST BROADWAY, SUITE 200
SALT LAKE CITY, UT 84111
Telephone: 801-532-7300
Fax : 801-532-7355
Email: mhomer@sautah.com
Jesse32@sautah.com
rbernnan@sautah.com

Matthew D. Church
PLANT, CHRISTENSEN &

136 East South Temple, Suite 1700
Salt Lake City, Utah 84111
801-363-7611
mchurch@pckutah.com

Neal Geddes (11651)
*Davis County Attorney's Office – Civil Division*
28 E State Street
Farmington, UT 84025
Telephone: 801-451-3570
Email: ngeddes@co.davis.ut.us *Co-Counsel for Davis County Defendants*

Without prejudice, UCC 1-308 (old UCC 1-207.4) this man reserves all this man's rights not to be compelled to perform under any commercial contract or agreement that this man did not enter knowingly, voluntarily, and intentionally. This man did not and does not accept the liability of any compelled benefits offered or any unrevealed, non-disclosed commercial contract or agreement offered. All offers accepted pursuant to 40 STAT 411, Section 7 (e) and 50 US code §4305 (B)(2). This is a legal permanent fixture and part of every page of this TORT CLAIM PETITIION in this court of record in exclusive common law of England that shall be read and considered in every COURT pursuant to all laws NON-ASSUMPTIVE, without recourse, UCC 1-103.6.

By:

Ezekiel 18:30 "Therefore I will judge you O' House of Israel, everyone according to his ways, sayeth the Lord God. Repent and turn yourselves from all your transgression so iniquity shall not be your ruin".

Jose 4:6 "My people are destroyed for lack of knowledge because thou hast rejected knowledge, I will also reject thee, that thou shalt be no priest to me: seeing thou hast forgotten the law of thy God I will also forget thy children.

Mathew 25:15 "for the Kingdom of heaven is as a man traveling into a far country, who called his own servants, and delivered unto them his goods"