Diane Killian Allan
1152 W 475 S
Farmington, Utah
Email: diane@movinutah.com

FILED IN UNITED STATES DISTRICT
COURT, DISTRICT OF UTAH

DEC 19 2022

GARY P. SERDAR
CLERK OF COURT
BY _____
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH

| | |
|---|---|
| Diane Killian Allan,<br>*Petitioner*<br><br>v.<br><br>Dane Hanson<br>Eric Johnsen<br>Wayne Hansen<br>David Cole<br>Troy Rawlings<br>John Carl Ynchausti<br><br>FARMINGTON CITY, a Corporation,<br>Davis County Attorney's office, a Corporation<br>and<br>DAVIS COUNTY JUSTICE COURT, a Corporation<br>dba DAVIS COUNTY DRUG COURT, INC.<br>*Respondents* | **PETITIONERS REPLY MEMORANDUM IN OPPOSITION TO DAVIS COUNTY DEFENDANT'S REPLY MEMORANDUM and/or JUDGEMENT ON THE PLEADINGS**<br><br>Cause No: 1:22-CV-00117-DAK-CMR<br><br>District Judge Dale A. Kimball<br>Magistrate Judge Cecilia M. Romero |

**TO THE HONORABLE JUDGE OF THE COURT:**

I object to the 12(b)(6) Motion to Dismiss on the grounds of Trinsey v Pagliaro, 229 F. Supp 647.

*Page 1 of 2*

Without prejudice, UCC 1-308 (old UCC 1-207.4) this woman reserves all this woman's rights not to be compelled to perform under any commercial contract or agreement that this woman did not enter knowingly, voluntarily, and intentionally. This woman did not and does not accept the liability of any compelled benefits offered or any unrevealed, non-disclosed commercial contract or agreement offered. All offers accepted pursuant to 40 STAT 411, Section 7 (e) and 50 US code §4305 (B)(2). This is a legal permanent fixture and part of every page of this TORT CLAIM PETITIION in this court of record in exclusive common law of England that shall be read and considered in every COURT pursuant to all laws NON-ASSUMPTIVE, without recourse, UCC 1-103.6.

By:

 

Ezekiel 18:30 "Therefore I will judge you O' House of Israel, everyone according to his ways, sayeth the Lord God. Repent and turn yourselves from all your transgression so iniquity shall not be your ruin".

Jose 4:6 "My people are destroyed for lack of knowledge because thou hast rejected knowledge, I will also reject thee, that thou shalt be no priest to me: seeing thou hast forgotten the law of thy God I will also forget thy children.

Mathew 25:15 "for the Kingdom of heaven is as a man traveling into a far country, who called his own servants, and delivered unto them his goods"



WHEREFORE, for the reasons stated throughout this opposition, Petitioner respectfully

**MOVES** this Honorable court to enter an order **DENYING** Defendant's Motion to Dismiss.

RESPECTFULLY SUBMITTED THIS _19 DA_ day of November, 2022.

By: *Diane Killian Allan*

Diane Killian Allan

Without prejudice, UCC 1-308 (old UCC 1-207.4) this woman reserves all this woman's rights not to be compelled to perform under any commercial contract or agreement that this woman did not enter knowingly, voluntarily, and intentionally. This woman did not and does not accept the liability of any compelled benefits offered or any unrevealed, non-disclosed commercial contract or agreement offered. All offers accepted pursuant to 40 STAT 411, Section 7 (e) and 50 US code §4305 (B)(2). This is a legal permanent fixture and part of every page of this TORT CLAIM PETITIION in this court of record in exclusive common law of England that shall be read and considered in every COURT pursuant to all laws NON-ASSUMPTIVE, without recourse, UCC 1-103.6.

By:

Ezekiel 18:30 "Therefore I will judge you O' House of Israel, everyone according to his ways, sayeth the Lord God. Repent and turn yourselves from all your transgression so iniquity shall not be your ruin".

Jose 4:6 "My people are destroyed for lack of knowledge because thou hast rejected knowledge, I will also reject thee, that thou shalt be no priest to me: seeing thou hast forgotten the law of thy God I will also forget thy children.

Mathew 25:15 "for the Kingdom of heaven is as a man traveling into a far country, who called his own servants, and delivered unto them his goods"



**CERTIFICATE OF SERVICE**

I hereby certify that on ___12-19___, 2022, I delivered the attached document to the Clerks Office by : ___hand delivered___

the following CM/ECF registrants:

Jesse C. Trentadue (4961)
Michael W. Homer (1535)
Robert J. Brennan (15550)
SUITTER AXLAND, PLLC
8 EAST BROADWAY, SUITE 200
SALT LAKE CITY, UT 84111
Telephone: 801-532-7300
Fax : 801-532-7355
Email: mhomer@sautah.com
Jesse32@sautah.com
rbernnan@sautah.com

Matthew D. Church
PLANT, CHRISTENSEN & KANELL
136 East South Temple, Suite 1700
Salt Lake City, Utah 84111
801-363-7611
mchurch@pckutah.com

Neal Geddes (11651)
*Davis County Attorney's Office – Civil Division*
28 E State Street
Farmington, UT 84025
Telephone: 801-451-3570
Email: ngeddes@co.davis.ut.us *Co-Counsel for Davis County Defendants*

Without prejudice, UCC 1-308 (old UCC 1-207.4) this woman reserves all this woman's rights not to be compelled to perform under any commercial contract or agreement that this woman did not enter knowingly, voluntarily, and intentionally. This woman did not and does not accept the liability of any compelled benefits offered or any unrevealed, non-disclosed commercial contract or agreement offered. All offers accepted pursuant to 40 STAT 411, Section 7 (e) and 50 US code §4305 (B)(2). This is a legal permanent fixture and part of every page of this TORT CLAIM PETITIION in this court of record in exclusive common law of England that shall be read and considered in every COURT pursuant to all laws NON-ASSUMPTIVE, without recourse, UCC 1-103.6.

By:

Ezekiel 18:30 "Therefore I will judge you O' House of Israel, everyone according to his ways, sayeth the Lord God. Repent and turn yourselves from all your transgression so iniquity shall not be your ruin".

Jose 4:6 "My people are destroyed for lack of knowledge because thou hast rejected knowledge, I will also reject thee, that thou shalt be no priest to me: seeing thou hast forgotten the law of thy God I will also forget thy children.

Mathew 25:15 "for the Kingdom of heaven is as a man traveling into a far country, who called his own servants, and delivered unto them his goods"

