FILED IN UNITED STATES DISTRICT
COURT, DISTRICT OF UTAH

DEC 19 2022

GARY P. SERDAR
CLERK OF COURT

BY _____
DEPUTY CLERK

Diane Killian Allan
℅ 1152 W 475 S
Davis County, Utah State
Email: diane@movinutah.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| Diane Killian Allan,<br><br>Claimant/Consumer<br><br>v.<br><br>Dane Hanson, Eric Johnsen, Wayne Hansen, David Cole, Troy Rawlings, John Carl Ynchausti, FARMINGTON CITY, a Corporation, Davis County Attorney's office, a Corporation and Davis County Justice Court, a Corporation dba DAVIS COUNTY DRUG COURT, INC.<br><br>Defendants | NOTICE FOR ORDER GRANTING SUMMARY JUDGEMENT<br><br>Cause No: 1:22-CV-00117-DAK-CMR<br><br>District Judge Dale A. Kimball<br>Magistrate Judge Cecilia M. Romero |

Comes Now, Diane Killian Allan, Claimant, before the court and moves this court to Grant an Order for Summary Judgement for restitution of a redress of grievance. And being fully aware of this matter with clean hands, with clear conscience, in good faith, the District Court shall find according to the Bible, our nations founding documents and the Cannons of positive law and states the following:

1. Pursuant to Federal Rules of Civil Procedure 8 (b)(6) effect of an allegation is admitted if a responsive pleading is required and the allegation is not denied. Defendants by and through counsels responses have failed to deny allegations against them.

Without prejudice, UCC 1-308 (old UCC 1-207.4) this woman reserves all this woman's rights not to be compelled to perform under any commercial contract or agreement that this woman did not enter knowingly, voluntarily, and intentionally. This woman did not and does not accept the liability of any compelled benefits offered or any unrevealed, non-disclosed commercial contract or agreement offered. All offers accepted pursuant to 40 STAT 411, Section 7 (e) and 50 US code §4305 (B)(2). This is a legal permanent fixture and part of every page of this TORT CLAIM PETITIION in this court of record in exclusive common law of England that shall be read and considered in every COURT pursuant to all laws NON-ASSUMPTIVE, without recourse, UCC 1-103.6.

By:

Ezekiel 18:30 "Therefore I will judge you O' House of Israel, everyone according to his ways, sayeth the Lord God. Repent and turn yourselves from all your transgression so iniquity shall not be your ruin".

Jose 4:6 "My people are destroyed for lack of knowledge because thou hast rejected knowledge, I will also reject thee, that thou shalt be no priest to me: seeing thou hast forgotten the law of thy God I will also forget thy children.

Mathew 25:15 "for the Kingdom of heaven is as a man traveling into a far country, who called his own servants, and delivered unto them his goods"

2. Plaintiffs have failed to provide any affidavits, sworn statements, depositions on the record and have only submitted statements of counsel. Statements of counsel are not sufficient pursuant to Trinsey v Pagliaro.

3. As Defendants falsely issued charges and prosecuted Claimant for a debt in violation of the Bible, Public Laws and 40 Stat 411 page 418 7(e) and further supported by the Canons they have assumed liability.

> Canon 2222: All forms of Charge are commercial, even if the word is used in the context of Criminal Matters. In terms of Criminal Matters, Guilt is interpreted as both proof of a valid debt to the Bar and the ancient method of payment to the Private Bar Guild being gold or gold species.
>
> Canon 3105 Valid enforcement of Statute law is equivalent to enforcement of Contract Law, Trust Law and Property Rights.
>
> Canon 2185 As a Unilateral Consensus is not a true mutual agreement, the performance requirements defined by any Unilateral Consensus are enforceable only to the extent that there is an absence of formal rejection of Implied Consent by the performing party.
>
> Canon 3419 Given Maritime Law and Admiralty Law including all ritual is founded on fraud, organized crime, curses and corruption all such law is considered null and void from the beginning having no effect.

4. Pursuant to 18 USC 245 (E) stating traveling is a federal protected activity, and Public Law 97-280 - the bible is law, Defendants have failed to obey a lawful order and thus have injured the law.

> Canon 3175 Any military or police that refuses to obey a lawful order of enforcement issued by an Official Person in accordance with these Canons is guilty of treason, extreme dishonor and consents and agrees to any and all punishment and disgrace.

5. As State codes and statutes are commercial contract obligations for property i.e. either direct ownership of property or a usufruct of property, and Claimant does not have a contract with the STATE OF UTAH or FARMINGTON CITY, Defendants enforced an illegal order for registration and identification, and are liable.

> Canon 3173 Any military, police or other armed person that unlawfully enforces an illegal order, consents and assumes all liability and penalty.

Without prejudice, UCC 1-308 (old UCC 1-207.4) this woman reserves all this woman's rights not to be compelled to perform under any commercial contract or agreement that this woman did not enter knowingly, voluntarily, and intentionally. This woman did not and does not accept the liability of any compelled benefits offered or any unrevealed, non-disclosed commercial contract or agreement offered. All offers accepted pursuant to 40 STAT 411, Section 7 (e) and 50 US code §4305 (B)(2). This is a legal permanent fixture and part of every page of this TORT CLAIM PETITIION in this court of record in exclusive common law of England that shall be read and considered in every COURT pursuant to all laws NON-ASSUMPTIVE, without recourse, UCC 1-103.6.

By:

Ezekiel 18:30 "Therefore I will judge you O' House of Israel, everyone according to his ways, sayeth the Lord God. Repent and turn yourselves from all your transgression so iniquity shall not be your ruin".

Jose 4:6 "My people are destroyed for lack of knowledge because thou hast rejected knowledge, I will also reject thee, that thou shalt be no priest to me: seeing thou hast forgotten the law of thy God I will also forget thy children.

Mathew 25:15 "for the Kingdom of heaven is as a man traveling into a far country, who called his own servants, and delivered unto them his goods"

> Ezekiel 18:13 Hath given forth upon usury, and hath taken increase: shall he then live? he shall not live: he hath done all these abominations; he shall surely die; his blood shall be upon him.

> Canon 3106 Any Statute founded on fraud is unenforceable as law.

6. Defendants are liable and the law has been injured due to a serious fallacy. Defendants acted as a trustee de son tort, held Claimant as surety, breached their duties, and acted in a deliberately deceptive and dishonorable manner.

Canon 3246 When a man or a woman holding neither authority nor right as a judge falsely sits as a judge and refuses to swear an oath before each case to render fair justice, then all verdicts, judgments and orders by that judge are rendered null and void from the moment of issue.

Canon 3251 A Judge who remains a member of a Bar Association, failing to openly repudiate their membership shall automatically cause all their judgments to be invalid, unlawful and subject to immediate suppression.

Canon 2375 In accordance with these Canons and the sacred Covenant Pactum De Singularis Caelum and as penalty for their historic Perfidy, no person who is a member of a Bar Association is permitted to hold any position at law including judge, magistrate, barrister, attorney, lawyer, clerk or assistant.

Canon 2635
A substantial injury to the Law and parties due to a serious fallacy offsets any alleged offense and places the liability upon the judicial officers responsible for failing to correct the serious error.

Canon 1697 Any Executor or Administrator or their Trustees that refuse to act within their obligations and accept when an obligation is returned upon admission of a mistake or non-consent as surety is guilty of a gross breach of duties and automatically becomes personally liable for any and all associated liabilities

Canon 2287 When any Official Person, Executor or Trustee acts in a deliberately deceptive and dishonorable manner in order to compel a man or woman to act as Surety for a Person, all debts and liabilities for that Person automatically are assumed by the Official, including consent for any punitive action including the charging of Criminal Offenses and expulsion from Office.

Canon 2288 When any Official Person, Executor or Trustee acts in a deliberately deceptive and dishonorable manner in order to compel a man or woman to act as Surety for a Person, any

Without prejudice, UCC 1-308 (old UCC 1-207.4) this woman reserves all this woman's rights not to be compelled to perform under any commercial contract or agreement that this woman did not enter knowingly, voluntarily, and intentionally. This woman did not and does not accept the liability of any compelled benefits offered or any unrevealed, non-disclosed commercial contract or agreement offered. All offers accepted pursuant to 40 STAT 411, Section 7 (e) and 50 US code §4305 (B)(2). This is a legal permanent fixture and part of every page of this TORT CLAIM PETITIION in this court of record in exclusive common law of England that shall be read and considered in every COURT pursuant to all laws NON-ASSUMPTIVE, without recourse, UCC 1-103.6.

By:

Ezekiel 18:30 "Therefore I will judge you O' House of Israel, everyone according to his ways, sayeth the Lord God. Repent and turn yourselves from all your transgression so iniquity shall not be your ruin".

Jose 4:6 "My people are destroyed for lack of knowledge because thou hast rejected knowledge, I will also reject thee, that thou shalt be no priest to me: seeing thou hast forgotten the law of thy God I will also forget thy children.

Mathew 25:15 "for the Kingdom of heaven is as a man traveling into a far country, who called his own servants, and delivered unto them his goods"

ordinances, orders or punishments are automatically unlawful, having no validity or effect. An Official charged with unlawful orders or punishments may not claim any form of immunity.

Canon 2633 A fallacy uncorrected injures the Law.

Canon 2636  A fallacy in Law has no valid limitation to correction.

Canon 2635 A substantial injury to the Law and parties due to a serious fallacy offsets any alleged offense and places the liability upon the judicial officers responsible for failing to correct the serious error.

Canon 2256 Failure to perform an obligation without legal excuse gives the other party the right to seek legal remedy.

Canon 3307 Restitution is the formal process of the restoration of balance and compensation for losses on account of a proven injury, offense, wrong or claim.

Canon 3309 There are primarily two forms of Restitution being Perfected and Redressed: (i) Perfected Restitution is the formal process of restitution to a final judgment with no appeal or need of judicial review; and (ii) Redressed Restitution is the formal process of reissuing restitution in light of a defective judgment, poor judicial behaviour, miscarriage of justice or some other defect of law.

WHEREFORE,  Claimant, Diane Killian Allan, respectfully requests that this court grant order for Summary Judgement and any further relief as this court and as justice and nature of Claimants cause may require.

Respectfully submitted this __19__ day in the year of our Lord, December of 2022.

By: *Diane Killian-Allan* ©

Diane Killian Allan ©

Without prejudice, UCC 1-308 (old UCC 1-207.4) this woman reserves all this woman's rights not to be compelled to perform under any commercial contract or agreement that this woman did not enter knowingly, voluntarily, and intentionally. This woman did not and does not accept the liability of any compelled benefits offered or any unrevealed, non-disclosed commercial contract or agreement offered. All offers accepted pursuant to 40 STAT 411, Section 7 (e) and 50 US code §4305 (B)(2). This is a legal permanent fixture and part of every page of this TORT CLAIM PETITIION in this court of record in exclusive common law of England that shall be read and considered in every COURT pursuant to all laws NON-ASSUMPTIVE, without recourse, UCC 1-103.6.

By:

Ezekiel 18:30 "Therefore I will judge you O' House of Israel, everyone according to his ways, sayeth the Lord God. Repent and turn yourselves from all your transgression so iniquity shall not be your ruin".

Jose 4:6 "My people are destroyed for lack of knowledge because thou hast rejected knowledge, I will also reject thee, that thou shalt be no priest to me: seeing thou hast forgotten the law of thy God I will also forget thy children.

Mathew 25:15 "for the Kingdom of heaven is as a man traveling into a far country, who called his own servants, and delivered unto them his goods"