Michael W. Homer (#1535)
Jesse C. Trentadue (#4961)
Robert J. Brennan (#15550)
**S**UITTER **A**XLAND**, PLLC**
8 East Broadway, Suite 200
Salt Lake City, UT  84111
Telephone: (801) 532-7300
Facsimile: (801) 532-7355
mhomer@sautah.com
jesse32@sautah.com
rbernnan@sautah.com

Neal C. Geddes (#11651)
Davis County Attorney's Office
Civil Division
28 E. State Street
Farmington, UT 84025
Telephone: (801) 451-3570
ngeddes@co.davis.ut.us

*Attorneys for Davis County Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH, NORTHERN DIVISION

| | |
|---|---|
| DIANE KILLIAN ALLAN,<br><br>         Plaintiff,<br><br>v.<br><br>DANE HANSON, ERIC JOHNSEN, WAYNE HANSEN, DAVID COLE, TROY RAWLINGS, JOHN CARL YNCHAUSTI, FARMINGTON CITY a corporation; and DAVIS COUNTY JUSTICE COURT dba DAVIS COUNTY a corporation,<br><br>         Defendants. | **NOTICE OF INCORPORATION**<br><br>Case No. 1:22-CV-00117-DAK<br><br>Judge Dale A. Kimball<br><br>Magistrate Cecilia M. Romero |

Farming City Defendants have filed an *Memorandum* in opposition to Plaintiff Diane Killian Allen's *Motion for Summary Judgment*.[1]  Pursuant to *DUCivR* 7-1(a)(3) and (7), Davis County Defendants (*i.e.*, Davis County, Utah, Prosecutor David Cole, Davis County Attorney Troy Rawlings, Judge John Carl Ynchausti, the Davis County Attorney's Office and the Davis County Justice Court allegedly doing business as Davis County) hereby incorporate by reference the arguments and authority set forth in Farmington City Defendants' *Memorandum*.

DATED this 20th day of January, 2023.

SUITTER AXLAND, PLLC

 /s/ jesse c. trentadue
Michael W. Homer
Jesse C. Trentadue
Robert J. Brennan
*Attorneys for Davis County Defendants*

---

[1] ECF 60.

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 20th day of January, 2023, I electronically filed the **NOTICE** with the Clerk of the Court using the CM/ECF electronic filing system, which provided notice to the following parties:

Matthew D. Church
PLANT, CHRISTENSEN & KANELL
136 East South Temple, Suite 1700
Salt lake City, Utah 84111
*Attorneys for Dane Hanson, Eric Johnsen, Wayne Hansen, and Farmington City*

I further certify that I mailed a copy of this **NOTICE**, via United States Mail, postage prepaid, to:

Diane Killian Allan
1152 W. 475 S.
Farmington, UT 84025

                                            /s/ jesse c. trentadue