FILED US District Court-UT
FEB 03 '23 PM02:54

Diane Killian Allan
℅ 1152 W 475 S
Davis County, Utah State
Email: diane@movinutah.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| Diane Killian Allan, | |
|---|---|
| Claimant/Consumer | AFFIDAVIT IN SUPPORT OF NOTICE FOR SUMMARY JUDGEMENT |
| v. | |
| Dane Hanson, Eric Johnsen, Wayne Hanse, David Cole, Troy Rawlings, John Carl Ynchausti, FARMINGTON CITY, a Corporation, Davis County Attorney's office, a Corporation and davis county justice court, a Corporation dba DAVIS COUNTY DRUG COURT, INC. | Cause No: 1:22-CV-00117-DAK-CMR<br><br>District Judge Dale A. Kimball<br>Magistrate Judge Cecilia M. Romero |
| Defendants | |

I, Diane Killian Allan, am the named Claimant, Consumer above and state and swear before

Good, under penalty of perjury, under the laws of the United States, that the following is true and

correct to the best of my knowledge:

1. I am over the age of 18 and am competent to testify before this court.

2. I am the harmed Claimant/Consumer in the above titled case and I am familiar with the files,

   records and the pleadings in this matter.

3. The facts set forth in this petition are true and correct to the best of my knowledge.

Without prejudice, UCC 1-308 (old UCC 1-207.4) this woman reserves all this woman's rights not to be compelled to perform under any commercial contract or agreement that this woman did not enter knowingly, voluntarily, and intentionally. This woman did not and does not accept the liability of any compelled benefits offered or any unrevealed, non-disclosed commercial contract or agreement offered. All offers accepted pursuant to 40 STAT 411, Section 7 (e) and 50 US code §4305 (B)(2). This is a legal permanent fixture and part of every page of this TORT CLAIM PETITIION in this court of record in exclusive common law of England that shall be read and considered in every COURT pursuant to all laws NON-ASSUMPTIVE, without recourse, UCC 1-103.6.

By:

Ezekiel 18:30 "Therefore I will judge you O' House of Israel, everyone according to his ways, sayeth the Lord God.  Repent and turn yourselves from all your transgression so iniquity shall not be your ruin".

Jose 4:6 "My people are destroyed for lack of knowledge because thou hast rejected knowledge, I will also reject thee, that thou shalt be no priest to me: seeing thou hast forgotten the law of thy God I will also forget thy children.

Mathew 25:15 "for the Kingdom of heaven is as a man traveling into a far country, who called his own servants, and delivered unto them his goods"

Respectfully submitted this __3__ day in the year of our Lord, ~~January~~ February of 2023.

By: _Diane Killian-Allan ©_

Diane Killian Allan ©

In the County of __Davis__, State of __UT__, on this __3__ day of __February__, in the year 20__23__, before me __Parker J Zollinger__ a notary public, personally appeared __Diane Killian-Allan__, proved on the basis of satisfactory evidence to be the person(s) whose name(s) (is/are) subscribed to this instrument, and acknowledged (he/she/they) executed the same. Witness my hand and official seal.

_Notary Signature and seal_

**PARKER J ZOLLINGER**
NOTARY PUBLIC • STATE OF UTAH
COMMISSION NO. 713290
COMM. EXP. 07/31/2024

Without prejudice, UCC 1-308 (old UCC 1-207.4) this woman reserves all this woman's rights not to be compelled to perform under any commercial contract or agreement that this woman did not enter knowingly, voluntarily, and intentionally. This woman did not and does not accept the liability of any compelled benefits offered or any unrevealed, non-disclosed commercial contract or agreement offered. All offers accepted pursuant to 40 STAT 411, Section 7 (e) and 50 US code §4305 (B)(2). This is a legal permanent fixture and part of every page of this TORT CLAIM PETITIION in this court of record in exclusive common law of England that shall be read and considered in every COURT pursuant to all laws NON-ASSUMPTIVE, without recourse, UCC 1-103.6.

By:



Ezekiel 18:30 "Therefore I will judge you O' House of Israel, everyone according to his ways, sayeth the Lord God. Repent and turn yourselves from all your transgression so iniquity shall not be your ruin".

Jose 4:6 "My people are destroyed for lack of knowledge because thou hast rejected knowledge, I will also reject thee, that thou shalt be no priest to me: seeing thou hast forgotten the law of thy God I will also forget thy children.

Mathew 25:15 "for the Kingdom of heaven is as a man traveling into a far country, who called his own servants, and delivered unto them his goods"

**CERTIFICATE OF SERVICE**

I hereby certify that on ___2/3___, 2023, I delivered the attached document to the Clerks Office by : ___hand delivered___ the following CM/ECF registrants:

Jesse C. Trentadue (4961)
Michael W. Homer (1535)
Robert J. Brennan (15550)
SUITTER AXLAND, PLLC
8 EAST BROADWAY, SUITE 200
SALT LAKE CITY, UT 84111
Telephone: 801-532-7300
Fax : 801-532-7355
Email: mhomer@sautah.com
Jesse32@sautah.com
rbrennan@sautah.com

Matthew D. Church
Manning Curtis Bradshaw & Beddnar PLLC
215 South State Street, Suite 350
Salt Lake City, Utah 84111

Neal Geddes (11651)
*Davis County Attorney's Office – Civil Division*
28 E State Street
Farmington, UT 84025
Telephone: 801-451-3570
Email: ngeddes@co.davis.ut.us *Co-Counsel for Davis County Defendants*